AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) | Case: 1:21-mj-00190 |
| v. | ) | Assigned to: Judge Faruqui, Zia M |
| KYLE FITZSIMONS | ) | Assign Date: 2/1/2021 |
| AKA: N/A | ) | Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     KYLE FITZSIMONS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(4) - Knowingly Entering or Remaining in Any Restricted Building or Grounds without Lawful Authority
40 U.S.C. § 5104(e)(2)(F) - Violent Entry and Disorderly Conduct on Capitol Grounds
18 U.S.C. § 111(a)(1) - Assault on a Federal Officer
18 U.S.C. § 231(a)(3) - Certain Acts During a Civil Disorder

Date: 2/1/2021

2021.02.01 22:19:19 -05'00'
*Issuing officer's signature*

City and state:   Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/1/21, and the person was arrested on *(date)* 2/4/21
at *(city and state)* LEBANON, MAINE.

Date: 2/4/21

*Arresting officer's signature*

KYLE KASSA / TFO
*Printed name and title*