# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:21-CR-00158-KBJ |
| KYLE FITZSIMONS | |
| Defendant. | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia and Assistant United States Attorney Puja Bhatia, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

_/s/_____
Puja Bhatia
Assistant United States Attorney
D.C. Bar No. 1009466
555 4th Street, NW, Room 9439
Washington, D.C. 20530
puja.bhatia@usdoj.gov
(202) 252-6900