IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:21-CR-00158 |
| Kyle Fitzsimons ) | |
|    Defendant ) | The Honorable Ketanji Brown Jackson |
| _____) | |

<u>APPEARANCE OF COUNSEL</u>

Please note the appearance of Gregory T. Hunter, Esquire, as Counsel for the Defendant in the aforementioned case.

 

Respectfully Submitted,

_____/S/_____
Gregory T. Hunter
Virginia State Bar Number 45489
Attorney for the Defendant
2055 North 15th Street
Suite 302
Arlington, Virginia 22201
(703) 966-7226 telephone
(703) 527-0810 facsimile
greghunter@mail.com

CERTIFICATE OF SERVICE

      I certify that on the 2nd day of April, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brandon K. Regan
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
202-252-7759
Brandon.Regan@usdoj.gov

                                                                             _____/S/_____
                                                    Gregory T. Hunter
                                                    Virginia State Bar Number 45489
                                                    Attorney for the Defendant
                                                    2055 North 15th Street
                                                    Suite 302
                                                    Arlington, Virginia 22201
                                                    (703) 527-0808 telephone
                                                    (703) 527-0810 facsimile
                                                    greghunter@mail.com