IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)    Criminal No. 1:21-CR-00158<br>Kyle Fitzsimons               )<br>    Defendant          )    The Honorable Ketanji Brown Jackson<br>_____ ) | |

APPEARANCE OF COUNSEL

Please note the appearance of Joel W. Anders, Esquire, as Counsel for the Defendant in the aforementioned case.

Respectfully Submitted,

_____/S/_____
Joel W. Anders, Esquire #954073
1750 K Street, N.W., Suite 700
Washington, D.C. 20006
(202) 466-4334
joelwanders@msn.com
*Attorney for Defendant*

CERTIFICATE OF SERVICE

      I certify that on the 2nd day of April, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brandon K. Regan
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
202-252-7759
Brandon.Regan@usdoj.gov

                                        _____/S/_____
                                        Joel W. Anders, Esquire #954073
                                        1750 K Street, N.W., Suite 700
                                        Washington, D.C. 20006
                                        (202) 466-4334

joelwanders@msn.com