**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-158 (RBW) |
| ) | |
| KYLE FITZSIMONS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on April 22, 2021, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on May 7, 2021, at 3:00 p.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that the United States' Motion to Continue and to Exclude Time Under the Speedy Trial Act, ECF No. 12, is **DENIED**, in light of the defendant's objection. It is further

**ORDERED** that government's Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials, ECF No. 18, is **GRANTED**. It is further

**ORDERED** that the government may provide the following materials in discovery: (1) materials protected by Federal Rule of Criminal Procedure 6(e); and (2) sealed materials, pursuant to the Protective Order Governing Discovery, ECF No. 15. The government may also provide these materials to any co-defendants who may later be joined in this case. It is further

**ORDERED** that the time from April 22, 2021, until the status hearing scheduled for May 7, 2021, is excluded under the Speedy Trial Act, in light of (1) the fact that the government

requires additional time to produce discovery to the defendant, and (2) the fact that the defendant and his counsel require time to review that discovery.

**SO ORDERED** this 22nd day of April, 2021.

*Reggie B. Walton*
REGGIE B. WALTON
United States District Judge