IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL No. 1:21CR00158-KBJ |
| v. ) | |
| ) | |
| Kyle Fitzsimons ) | |
|     Defendant ) | The Honorable Ketanji Brown Jackson |
| _____ ) | |

## ORDER

THIS CAUSE has come before the Court on Defense Counsel's Motion to Withdraw as Counsel.

AS IT APPEARS that the Defendant wants Gregory T. Hunter and Joel Anders to withdraw as his Counsel, and they can do so without prejudice, it is hereby

ORDERED that Gregory T. Hunter and Joel Anders are relieved from further responsibility in this case.

FURTHERMORE, as the Defendant is entitled to Counsel and his continued incarceration makes appointing counsel appropriate, it is hereby

ORDERED that the Federal Public Defender is appointed to represent him in this matter.

ENTERED this _____th day of May, 2021.

_____
Judge
United States District Court
    For the District of Columbia