

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 6, 2021

Greg Hunter, Esq
BY EMAIL

      Re:    *United States v. Kyle Fitzsimons*
              Case No. 21-cr-158

Dear Counsel:

      Enclosed as discovery in this case is discovery production via USAFX that contains materials as described in the attached index.  Please note that discovery in this case is ongoing, with additional materials forthcoming. Additionally, we have produced evidence seized from your client's cell phone pursuant to a search warrant.  If you would like a forensic copy of the entire cell phone, please let me know.

      Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.  The government is working to develop a system that will facilitate access to these materials.  In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

      The discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1. This material is subject to the terms of the Protective Order issued in this case.

      I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  I will provide timely disclosure if any such material comes to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

      I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations,

or scientific tests or experiments, and any expert witness summaries.  I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.  See Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

Brandon K. Regan
Assistant United States Attorney

Enclosure(s)
cc:

| VOLUME | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Fitzsimmons_01 | | | CAP02_000008574 | CAP02_000008575 | 2 | (U) Assault on Law Enforcement on Capitol Grounds.Capitol Police MPD; Subject KYLE FITZSIMONS |
| Fitzsimmons_01 | | | CAP02_000008576 | CAP02_000008579 | 4 | U//FOUO NTOC2021 21chh02 Individual Reporting the Identity of NCDPS Probation Officer Allen D Hux of Columbu |
| Fitzsimmons_01 | | | CAP02_000008580 | CAP02_000008584 | 5 | U//FOUO NTOC2021 21chh02 Individual Reporting the Identity of NCDPS Probation Officer Allen D Hux of Columbu |
| Fitzsimmons_01 | | | CAP02_000008585 | CAP02_000008585 | 1 | U//FOUO 1_9350560-tip.json |
| Fitzsimmons_01 | | | CAP02_000008586 | CAP02_000008591 | 6 | U//FOUO SAR_Import.txt |
| Fitzsimmons_01 | | | CAP02_000008592 | CAP02_000008596 | 5 | (U) 707520_WF.pdf |
| Fitzsimmons_01 | | | CAP02_000008597 | CAP02_000008597 | 1 | (U) Kyle Fitzsimons Driver's License and NCIC |
| Fitzsimmons_01 | | | CAP02_000008598 | CAP02_000008599 | 2 | (U) Fitzsimons NCIC DL Photo.zip |
| Fitzsimmons_01 | | | CAP02_000008600 | CAP02_000008604 | 5 | (U) Fitzsimons NCIC DL Photo.zip |
| Fitzsimmons_01 | | | CAP02_000008605 | CAP02_000008606 | 2 | (U) Fitzsimons NCIC DL Photo.zip |
| Fitzsimmons_01 | | | CAP02_000008607 | CAP02_000008611 | 5 | (U) Fitzsimons NCIC DL Photo.zip |
| Fitzsimmons_01 | | | CAP02_000008612 | CAP02_000008612 | 1 | (U) Preservation Letter to Google re: kylefitzsimons.kf@gmail.com |
| Fitzsimmons_01 | | | CAP02_000008613 | CAP02_000008614 | 2 | (U) Google Preservation Letter Fitzsimons.pdf |
| Fitzsimmons_01 | | | CAP02_000008615 | CAP02_000008616 | 2 | (U) Google Preservation Letter Fitzsimons.pdf |
| Fitzsimmons_01 | | | CAP02_000008617 | CAP02_000008618 | 2 | (U) CD Containing YouTube Town Hall Meeting 1/21/2021 |
| Fitzsimmons_01 | | | CAP02_000008619 | CAP02_000008619 | 1 | (U) Youtube Video ReadMe.docx |
| Fitzsimmons_01 | | | CAP02_000008620 | CAP02_000008620 | 1 | (U) Portland, ME Suspicious Package News Article |
| Fitzsimmons_01 | | | CAP02_000008621 | CAP02_000008630 | 10 | (U) Portland Suspicious Package.pdf |
| Fitzsimmons_01 | | | CAP02_000008631 | CAP02_000008640 | 10 | (U) Portland Suspicious Package.pdf |
| Fitzsimmons_01 | | | CAP02_000008641 | CAP02_000008642 | 2 | (U) Observations and Records Check on 1/27/21 |
| Fitzsimmons_01 | | | CAP02_000008643 | CAP02_000008643 | 1 | (U) 1.jpg |
| Fitzsimmons_01 | | | CAP02_000008644 | CAP02_000008644 | 1 | (U) 35_Gully_Oven_Open_Source.PNG |
| Fitzsimmons_01 | | | CAP02_000008645 | CAP02_000008645 | 1 | (U) 3.jpg |
| Fitzsimmons_01 | | | CAP02_000008646 | CAP02_000008646 | 1 | (U) 2.jpg |
| Fitzsimmons_01 | | X | CAP02_000008647 | CAP02_000008648 | 2 | (U) US Capitol CCTV 0074 USCH BA Lower W Terrace Exterior Door |
| Fitzsimmons_01 | | | CAP02_000008649 | CAP02_000008650 | 2 | (U) Surveillance of 35 Gully Oven Road, Lebanon, Maine |
| Fitzsimmons_01 | | | CAP02_000008651 | CAP02_000008651 | 1 | (U) 2-1-21 Lebanon Surv.pdf |
| Fitzsimmons_01 | | | CAP02_000008652 | CAP02_000008652 | 1 | (U) 02012021 Surv for WF-3377667.pdf |
| Fitzsimmons_01 | | | CAP02_000008653 | CAP02_000008653 | 1 | (U) Physical Surveillance of 33 Gully Oven Road, Lebanon, Maine |
| Fitzsimmons_01 | | | CAP02_000008654 | CAP02_000008654 | 1 | (U) ME- 946AVP.pdf |
| Fitzsimmons_01 | | | CAP02_000008655 | CAP02_000008655 | 1 | (U) ME- 9172YG.pdf |
| Fitzsimmons_01 | | | CAP02_000008656 | CAP02_000008656 | 1 | (U) SUR Log Notes 01292021.pdf |
| Fitzsimmons_01 | | | CAP02_000008657 | CAP02_000008659 | 3 | (U) Surveillance of 35 Gully Oven Road, Lebanon, Maine |
| Fitzsimmons_01 | | | CAP02_000008660 | CAP02_000008660 | 1 | (U) ME- 9172YG.pdf |
| Fitzsimmons_01 | | | CAP02_000008661 | CAP02_000008661 | 1 | (U) ME- 946AVP.pdf |
| Fitzsimmons_01 | | | CAP02_000008662 | CAP02_000008662 | 1 | (U) SUR Log Notes 01292021.pdf |
| Fitzsimmons_01 | | | CAP02_000008663 | CAP02_000008664 | 2 | (U//FOUO) Surveillence - 35 Gully Oven Road, Lebanon, ME |
| Fitzsimmons_01 | | | CAP02_000008665 | CAP02_000008666 | 2 | (U//FOUO) Surveillence - 35 Gully Oven Road, Lebanon, ME |
| Fitzsimmons_01 | | | CAP02_000008667 | CAP02_000008667 | 1 | (U) Information from Hannaford Brothers Co. |
| Fitzsimmons_01 | | | CAP02_000008668 | CAP02_000008668 | 1 | (U) Surveillance - 35 Gully Oven Road, Lebanon, Maine |

| VOLUME | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Fitzsimmons_01 | | | CAP02_000008669 | CAP02_000008669 | 1 | (U) Spot check of 35 Gully Oven Road on 2/2/21 |
| Fitzsimmons_01 | | | CAP02_000008670 | CAP02_000008670 | 1 | (U) Arrest Warrant for Kyle Fitzsimons |
| Fitzsimmons_01 | | | CAP02_000008671 | CAP02_000008672 | 2 | (U) Arrest Warrant and Complaint-Fitzsimons.zip |
| Fitzsimmons_01 | | | CAP02_000008673 | CAP02_000008673 | 1 | (U) Arrest Warrant and Complaint-Fitzsimons.zip |
| Fitzsimmons_01 | | | CAP02_000008674 | CAP02_000008674 | 1 | (U) Arrest Warrant and Complaint-Fitzsimons.zip |
| Fitzsimmons_01 | | | CAP02_000008675 | CAP02_000008675 | 1 | (U) Arrest Warrant and Complaint-Fitzsimons.zip |
| Fitzsimmons_01 | | | CAP02_000008676 | CAP02_000008684 | 9 | (U) Arrest Warrant and Complaint-Fitzsimons.zip |
| Fitzsimmons_01 | | | CAP02_000008685 | CAP02_000008686 | 2 | (U) Arrest Warrant and Complaint-Fitzsimons.zip |
| Fitzsimmons_01 | | | CAP02_000008687 | CAP02_000008687 | 1 | (U) Arrest Warrant and Complaint-Fitzsimons.zip |
| Fitzsimmons_01 | | | CAP02_000008688 | CAP02_000008688 | 1 | (U) Arrest Warrant and Complaint-Fitzsimons.zip |
| Fitzsimmons_01 | | | CAP02_000008689 | CAP02_000008689 | 1 | (U) Arrest Warrant and Complaint-Fitzsimons.zip |
| Fitzsimmons_01 | | | CAP02_000008690 | CAP02_000008698 | 9 | (U) Arrest Warrant and Complaint-Fitzsimons.zip |
| Fitzsimmons_01 | | | CAP02_000008699 | CAP02_000008700 | 2 | (U) Arrest and Transport of Kyle FITZSIMONS on February 4, 2021 |
| Fitzsimmons_01 | | | CAP02_000008701 | CAP02_000008701 | 1 | (U) 20210204_152720.jpg |
| Fitzsimmons_01 | | | CAP02_000008702 | CAP02_000008702 | 1 | (U) 20210204_152714.jpg |
| Fitzsimmons_01 | | | CAP02_000008703 | CAP02_000008711 | 9 | (U) E20210350000000128673.pdf |
| Fitzsimmons_01 | | | CAP02_000008712 | CAP02_000008712 | 1 | (U) 20210204_152709.jpg |
| Fitzsimmons_01 | | | CAP02_000008713 | CAP02_000008715 | 3 | (U) SDETECTIVES21020417410.pdf |
| Fitzsimmons_01 | | | CAP02_000008716 | CAP02_000008716 | 1 | (U) Executed search warrant, application, and affidavit for the search of a motor vehicle. |
| Fitzsimmons_01 | | | CAP02_000008717 | CAP02_000008784 | 68 | (U) Executed search warrant, application, and affidavit for the search of a motor vehicle. |
| Fitzsimmons_01 | | | CAP02_000008785 | CAP02_000008852 | 68 | (U) SW Packet 29-JHR.pdf |
| Fitzsimmons_01 | | | CAP02_000008853 | CAP02_000008853 | 1 | (U) Executed search warrant, application, and affidavit for the search of Kyle FITZSIMONS. |
| Fitzsimmons_01 | | | CAP02_000008854 | CAP02_000008915 | 62 | (U) Executed search warrant, application, and affidavit for the search of Kyle FITZSIMONS. |
| Fitzsimmons_01 | | | CAP02_000008916 | CAP02_000008977 | 62 | (U) Packet 24-JHR123430.pdf |
| Fitzsimmons_01 | | | CAP02_000008978 | CAP02_000008978 | 1 | (U) Executed search warrant, application, and affidavit for the search of 35 Gully Oven Road. |
| Fitzsimmons_01 | | | CAP02_000008979 | CAP02_000009042 | 64 | (U) Executed search warrant, application, and affidavit for the search of 35 Gully Oven Road. |
| Fitzsimmons_01 | | | CAP02_000009043 | CAP02_000009106 | 64 | (U) Packet 23-JHR130322.pdf |
| Fitzsimmons_01 | | | CAP02_000009107 | CAP02_000009107 | 1 | (U) Request Arrest Warrant Removal from NCIC |
| Fitzsimmons_01 | | | CAP02_000009108 | CAP02_000009108 | 1 | (U) Fingerprint submission response (Fitzsimons) |
| Fitzsimmons_01 | | | CAP02_000009109 | CAP02_000009111 | 3 | (U) Fingerprint submission response (Fitzsimons) |
| Fitzsimmons_01 | | | CAP02_000009112 | CAP02_000009114 | 3 | (U) E20210350000000111059.pdf |
| Fitzsimmons_01 | | | CAP02_000009115 | CAP02_000009116 | 2 | (U) Evidence Collection from 35 Gully Oven Rd. Lebanon, ME |
| Fitzsimmons_01 | | | CAP02_000009117 | CAP02_000009119 | 3 | (U) Evidence Collection on 2/4/21 from 35 Gully Oven Rd. |
| Fitzsimmons_01 | | | CAP02_000009120 | CAP02_000009120 | 1 | (U) Warrant Removal |
| Fitzsimmons_01 | | | CAP02_000009121 | CAP02_000009124 | 4 | (U) Kyle Fitzsimons Removal.pdf |
| Fitzsimmons_01 | | | CAP02_000009125 | CAP02_000009125 | 1 | (U) Search of Electronic Evidence Seized on 2/4/21 |
| Fitzsimmons_01 | | | CAP02_000009126 | CAP02_000009129 | 4 | (U) Inventory Tracking122922.pdf |

| VOLUME | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Fitzsimmons_01 | | | CAP02_000009130 | CAP02_000009130 | 1 | (U) Search Warrant on 2/24/21 |
| Fitzsimmons_01 | | | CAP02_000009131 | CAP02_000009131 | 1 | (U)  --- UNCLASSIFIED |
| Fitzsimmons_01 | | | CAP02_000009132 | CAP02_000009132 | 1 | (U)  --- UNCLASSIFIED |
| Fitzsimmons_01 | | | CAP02_000009133 | CAP02_000009133 | 1 | (U) 1004.pdf |
| Fitzsimmons_01 | | | CAP02_000009134 | CAP02_000009134 | 1 | (U) New_Evidence_Entry.xlsx |
| Fitzsimmons_01 | | | CAP02_000009135 | CAP02_000009135 | 1 | (U) ---UNCLA.rtf |
| Fitzsimmons_01 | | | CAP02_000009136 | CAP02_000009136 | 1 | (U) Search Warrant on 3/24/21 |