UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-158 (RBW) |
| KYLE FITZSIMONS, | ) |
| Defendant. | ) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on May 7, 2021, via teleconference, it is hereby

**ORDERED** that the defendant's Motion to Withdraw as Counsel, ECF No. 23, is **GRANTED**. It is further

**ORDERED** that Gregory T. Hunter and Joel Anders's appearance as counsel of record is **TERMINATED**. It is further

**ORDERED** that the parties shall appear before the Court for a status hearing on May 21, 2021, at 10:00 a.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that the time from May 7, 2021, until the status hearing scheduled for May 21, 2021, is excluded under the Speedy Trial Act, in light of the fact that the defendant has requested that new counsel be appointed to represent him in this case.

**SO ORDERED** this 10th day of May, 2021.

REGGIE B. WALTON
United States District Judge