# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-158 (RBW) |
| ) | |
| KYLE FITZSIMONS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on May 21, 2021, via teleconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on June 8, 2021, at 9:30 a.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, with the consent of the parties, the time from May 21, 2021, until the status hearing scheduled for June 8, 2021, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to review the discovery that the government has produced in this case.

**SO ORDERED** this 24th day of May, 2021.

REGGIE B. WALTON
United States District Judge