**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES OF AMERICA        .
              Plaintiff,        .
vs.                             .   Docket No. CR 21-158-RBW
                                .
KYLE FITZSIMONS                 .   Washington, D.C.
                                .   Friday, May 21, 2021
              Defendant.        .
. . . . . . . . . . . . . . . . x   10:00 a.m.
```

TRANSCRIPT OF TELEPHONIC STATUS HEARING

BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: **Brandon Regan, AUSA**
U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF COLUMBIA
Federal Major Crimes
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7759
Email: brandon.regan@usdoj.gov

For the Defendant: **Natasha Taylor-Smith**
FEDERAL COMMUNITY DEFENDER OFFICE
Trial Unit
601 Walnut Street - Suite 545 West
Philadelphia, PA 19106
(215) 928-1100
Email: nancy_ellis@fd.org

Court Reporter: Cathryn J. Jones, RPR
Official Court Reporter
Room 6521, U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Proceedings recorded by machine shorthand, transcript produced by computer-aided transcription.

```
 1                    P R O C E E D I N G S
 2          THE DEPUTY CLERK:  Your Honor, this morning this
 3  is the matter of United States versus Kyle Fitzsimons.  This
 4  is Criminal Record 21-158.
 5          Ask the parties to identify yourselves for the
 6  record, please.
 7          MR. REGAN:  Good morning, Your Honor.  This is
 8  AUSA Brandon Regan for the United States.
 9          THE COURT:  Good morning.
10          MS. TAYLOR-SMITH:  Good morning, Your Honor.
11  Natasha Taylor-Smith from the Federal Community Defender
12  office for the Eastern District of Pennsylvania on behalf of
13  Mr. Fitzsimons.
14          THE COURT: Good morning.  This matter is here for
15  a status -- Mr. Fitzsimons, identify yourself, sir.
16          THE DEFENDANT:  Good morning, this is Kyle
17  Fitzsimons from DC jail.
18          THE COURT:  Good morning.  This matter is here for
19  a status hearing.  The last time we were here,
20  Mr. Fitzsimons asked for new counsel which I ordered be
21  appointed.  I don't know if counsel, you've had a chance to
22  meet with your client yet?
23          MS. TAYLOR-SMITH:  Your Honor, I did have an
24  opportunity to speak to Mr. Fitzsimons on Friday via video
25  conference.  However, at that time I didn't have any
```

1    discovery or anything so it was just really an introductory

2    meeting.

3              THE COURT:  Has the government now provided you

4    with that discovery or prior counsel provided you with the

5    discovery government counsel provided to them?

6              MS. TAYLOR-SMITH:  Your Honor, I have received

7    from the government discovery.  I cannot make any

8    representations as to whether or not it's complete because I

9    haven't finished going through it all.  I got it earlier

10   this week.  And I know that there is a protective order in

11   place and a requirement that my client signs an

12   acknowledgment of the same before I review those materials

13   with him, so we sent that out to him probably Wednesday of

14   this week.

15             THE COURT:  Well, when do you think we could come

16   back and you be sufficiently informed about the case in

17   order to make representations about how you want to proceed?

18             MS. TAYLOR-SMITH:  Your Honor, the government is

19   providing me with potential non-trial documents on Monday or

20   Tuesday of next week.  I would be able to probably go and

21   actually see Mr. Fitzsimons, if possible, Friday or at the

22   very latest Monday of the following week.  So if you want to

23   schedule this for two weeks out that would probably be good.

24             THE COURT:  Okay.  That would take us to the 4th

25   of June.  I have a pretty heavy calendar that day.  What

1  about the --
2          MS. TAYLOR-SMITH:  Your Honor, would the 8th of
3  June work for the Court?
4          THE COURT:  Yes, we could do it at 9:30.
5          MS. TAYLOR-SMITH:  That would work for me.
6          THE COURT:  Okay.  Let's do that.
7          THE DEPUTY CLERK:  Stand by, Your Honor, while I
8  check the calendar.
9          [Brief pause.]
10         THE DEPUTY CLERK:  Your Honor, June 8th at 9:30 is
11 available.
12         THE COURT:  Okay.  We will see you then.  Does the
13 government have any additional discovery that wasn't already
14 provided that needs to be provided?
15         MR. REGAN:  Yes, Your Honor.  We're working on the
16 second round of backtrack discovery.  I don't anticipate it
17 being nearly as voluminous as the first round, but I'm
18 working with the FBI now on getting that second round of
19 discovery out.  I'd also ask that the Court exclude the time
20 between now and June 8th under the Speedy Trial Act for the
21 interest of justice.  I've spoken with the defense about
22 this.  I don't believe they have any objection.
23         MS. TAYLOR-SMITH:  That's correct.
24         THE COURT:  Any objection to that?
25         MS. TAYLOR-SMITH:  No, objection, Your Honor.

1         THE COURT:  Very well.  Does the government have
2  any knowledge of any *Brady* or *Giglio* information that needs
3  to be produced?
4         MR. REGAN:  None that hasn't already been
5  produced, Your Honor.  But obviously in going through the
6  second round of discovery if I find anything that will be
7  the first thing that's disclosed.  But up until now we've
8  made all the disclosures of evidence that we've come across.
9  I've also started preliminary plea negotiations with the
10 defense as well.
11        THE COURT:  Very well.  Then we'll come back on
12 the 8th of June at 9:30, for a further status hearing.  I
13 will conclude based upon new counsel not having had the
14 opportunity to review the discovery information and to have
15 reviewed it with her client that it is in the interest of
16 justice to exclude the time between now and when we come
17 back for a further hearing on June 8th from the speedy trial
18 clock.
19        Anything else from government counsel?
20        MR. REGAN:  No, thank you, Your Honor.
21        THE COURT:  Defense counsel?
22        MS. TAYLOR-SMITH:  No, nothing, Your Honor.  Thank
23 you.
24        THE COURT:  Thank you.  Have a good weekend.
25

1    [Thereupon, the proceedings adjourned at 10:05
2    a.m.]

3                          **CERTIFICATE**

4        **I, Cathryn J. Jones, an Official Court Reporter**,
5    for the United States District Court of the District of
6    Columbia, do hereby certify that the foregoing 5 pages is a
7    true and correct transcript of the remotely reported
8    proceedings in the above-entitled matter.
9        Please note:  This hearing occurred during the
10   COVID-19 pandemic and is therefore subject to the
11   technological limitations of court reporting remotely.
12       In witness whereof, I have hereto subscribed my
13   name, this the 24th day of May, 2021.

                              /s/_Cathryn J. Jones
16                            Cathryn J. Jones, RPR
                              Official Court Reporter

MR. REGAN: [4]  2/6 4/14 5/3 5/19
MS. TAYLOR-SMITH: [9]
THE COURT: [14]
THE DEFENDANT: [1]  2/15
THE DEPUTY CLERK: [3]  2/1 4/6 4/9

**.**

**.x [1]**  1/6

**/**

**/s [1]**  6/15

**1**

**10:00 [1]**  1/6
**10:05 [1]**  6/1
**1100 [1]**  1/19
**158 [1]**  2/4
**19 [1]**  6/10
**19106 [1]**  1/19

**2**

**20001 [1]**  1/24
**202 [1]**  1/15
**2021 [2]**  1/5 6/13
**20530 [1]**  1/14
**21 [1]**  1/5
**21-158 [1]**  2/4
**21-158-RBW [1]**  1/4
**215 [1]**  1/19
**24th [1]**  6/13
**252-7759 [1]**  1/15

**3**

**333 [1]**  1/23

**4**

**4th [1]**  3/24

**5**

**545 [1]**  1/18
**555 [1]**  1/14

**6**

**601 [1]**  1/18
**6521 [1]**  1/23

**7**

**7759 [1]**  1/15

**8**

**8th [5]**  4/2 4/10 4/20 5/12 5/17

**9**

**928-1100 [1]**  1/19
**9:30 [3]**  4/4 4/10 5/12

**A**

**a.m [2]**  1/6 6/2
**able [1]**  3/20
**about [4]**  3/16 3/17 4/1 4/21
**above [1]**  6/8
**above-entitled [1]**  6/8
**acknowledgment [1]**  3/12
**across [1]**  5/8
**Act [1]**  4/20
**actually [1]**  3/21

**additional [1]**  4/13
**adjourned [1]**  6/1
**aided [1]**  1/25
**all [2]**  3/9 5/8
**already [2]**  4/13 5/4
**also [2]**  4/19 5/9
**AMERICA [1]**  1/3
**anticipate [1]**  4/16
**any [7]**
**anything [3]**  3/1 5/6 5/19
**APPEARANCES [1]**  1/11
**appointed [1]**  2/21
**as [4]**  3/8 4/17 4/17 5/10
**ask [2]**  2/5 4/19
**asked [1]**  2/20
**ATTORNEY'S [1]**  1/12
**AUSA [2]**  1/12 2/8
**available [1]**  4/11
**Avenue [1]**  1/23

**B**

**back [3]**  3/16 5/11 5/17
**backtrack [1]**  4/16
**based [1]**  5/13
**be [7]**
**because [1]**  3/8
**been [1]**  5/4
**before [2]**  1/9 3/12
**behalf [1]**  2/12
**being [1]**  4/17
**believe [1]**  4/22
**between [2]**  4/20 5/16
**Brady [1]**  5/2
**Brandon [2]**  1/12 2/8
**brandon.regan [1]**  1/15
**Brief [1]**  4/9

**C**

**calendar [2]**  3/25 4/8
**cannot [1]**  3/7
**case [1]**  3/16
**Cathryn [4]**  1/22 6/4 6/15 6/16
**CERTIFICATE [1]**  6/3
**certify [1]**  6/6
**chance [1]**  2/21
**check [1]**  4/8
**client [3]**  2/22 3/11 5/15
**clock [1]**  5/18
**COLUMBIA [3]**  1/2 1/13 6/6
**come [4]**  3/15 5/8 5/11 5/16
**COMMUNITY [2]**  1/17 2/11
**complete [1]**  3/8
**computer [1]**  1/25
**computer-aided [1]**  1/25
**conclude [1]**  5/13
**conference [1]**  2/25
**Constitution [1]**  1/23
**correct [2]**  4/23 6/7
**could [2]**  3/15 4/4
**counsel [7]**
**court [10]**
**COVID [1]**  6/10
**COVID-19 [1]**  6/10
**CR [1]**  1/4
**Crimes [1]**  1/13
**Criminal [1]**  2/4

**D**

**D.C [2]**  1/5 1/24
**day [2]**  3/25 6/13
**DC [2]**  1/14 2/17
**Defendant [2]**  1/6 1/17
**DEFENDER [2]**  1/17 2/11
**defense [3]**  4/21 5/10 5/21
**did [1]**  2/23
**didn't [1]**  2/25
**disclosed [1]**  5/7
**disclosures [1]**  5/8
**discovery [9]**
**DISTRICT [8]**
**do [4]**  3/15 4/4 4/6 6/6
**Docket [1]**  1/4
**documents [1]**  3/19
**Does [2]**  4/12 5/1
**don't [3]**  2/21 4/16 4/22
**during [1]**  6/9

**E**

**earlier [1]**  3/9
**Eastern [1]**  2/12
**ellis [1]**  1/20
**else [1]**  5/19
**Email [2]**  1/15 1/20
**entitled [1]**  6/8
**evidence [1]**  5/8
**exclude [2]**  4/19 5/16

**F**

**FBI [1]**  4/18
**fd.org [1]**  1/20
**Federal [3]**  1/13 1/17 2/11
**find [1]**  5/6
**finished [1]**  3/9
**first [2]**  4/17 5/7
**FITZSIMONS [8]**
**following [1]**  3/22
**foregoing [1]**  6/6
**Fourth [1]**  1/14
**Friday [3]**  1/5 2/24 3/21
**further [2]**  5/12 5/17

**G**

**getting [1]**  4/18
**Giglio [1]**  5/2
**go [1]**  3/20
**going [2]**  3/9 5/5
**good [8]**
**got [1]**  3/9
**government [8]**

**H**

**had [2]**  2/21 5/13
**Has [1]**  3/3
**hasn't [1]**  5/4
**have [10]**
**haven't [1]**  3/9
**having [1]**  5/13
**hearing [5]**  1/8 2/19 5/12 5/17 6/9
**heavy [1]**  3/25
**her [1]**  5/15
**here [3]**  2/14 2/18 2/19
**hereby [1]**  6/6
**hereto [1]**  6/12
**him [2]**  3/13 3/13

**H**

**Honor [14]**
**HONORABLE [1]**  1/9
**how [1]**  3/17
**However [1]**  2/25

**I**

**I'd [1]**  4/19
**I'm [1]**  4/17
**I've [2]**  4/21 5/9
**identify [2]**  2/5 2/15
**information [2]**  5/2 5/14
**informed [1]**  3/16
**interest [2]**  4/21 5/15
**introductory [1]**  3/1
**is [12]**
**it [7]**
**it's [1]**  3/8

**J**

**jail [1]**  2/17
**Jones [4]**  1/22 6/4 6/15 6/16
**JUDGE [2]**  1/9 1/10
**June [6]**  3/25 4/3 4/10 4/20 5/12 5/17
**June 8th [2]**  4/10 5/17
**just [1]**  3/1
**justice [2]**  4/21 5/16

**K**

**know [2]**  2/21 3/10
**knowledge [1]**  5/2
**KYLE [3]**  1/5 2/3 2/16

**L**

**last [1]**  2/19
**latest [1]**  3/22
**Let's [1]**  4/6
**limitations [1]**  6/11

**M**

**machine [1]**  1/25
**made [1]**  5/8
**Major [1]**  1/13
**make [2]**  3/7 3/17
**materials [1]**  3/12
**matter [4]**  2/3 2/14 2/18 6/8
**May [2]**  1/5 6/13
**me [2]**  3/19 4/5
**meet [1]**  2/22
**meeting [1]**  3/2
**Monday [2]**  3/19 3/22
**morning [7]**
**Mr [4]**  2/13 2/15 2/24 3/21
**Mr. [1]**  2/20
**Mr. Fitzsimons [1]**  2/20
**my [2]**  3/11 6/12

**N**

**N.W [1]**  1/23
**name [1]**  6/13
**nancy [1]**  1/20
**Natasha [2]**  1/17 2/11
**nearly [1]**  4/17
**needs [2]**  4/14 5/2
**negotiations [1]**  5/9
**new [2]**  2/20 5/13
**next [1]**  3/20

**No [4]**  1/4 4/25 5/20 5/22
**non [1]**  3/19
**non-trial [1]**  3/19
**None [1]**  5/4
**not [2]**  3/8 5/13
**note [1]**  6/9
**nothing [1]**  5/22
**now [5]**  3/3 4/18 4/20 5/7 5/16
**NW [1]**  1/14

**O**

**objection [3]**  4/22 4/24 4/25
**obviously [1]**  5/5
**occurred [1]**  6/9
**office [3]**  1/12 1/17 2/12
**Official [3]**  1/22 6/4 6/16
**Okay [3]**  3/24 4/6 4/12
**opportunity [2]**  2/24 5/14
**order [2]**  3/10 3/17
**ordered [1]**  2/20
**out [3]**  3/13 3/23 4/19

**P**

**PA [1]**  1/19
**pages [1]**  6/6
**pandemic [1]**  6/10
**parties [1]**  2/5
**pause [1]**  4/9
**Pennsylvania [1]**  2/12
**Philadelphia [1]**  1/19
**place [1]**  3/11
**Plaintiff [1]**  1/3
**plea [1]**  5/9
**please [2]**  2/6 6/9
**possible [1]**  3/21
**potential [1]**  3/19
**preliminary [1]**  5/9
**pretty [1]**  3/25
**prior [1]**  3/4
**probably [3]**  3/13 3/20 3/23
**proceed [1]**  3/17
**proceedings [3]**  1/25 6/1 6/8
**produced [3]**  1/25 5/3 5/5
**protective [1]**  3/10
**provided [5]**  3/3 3/4 3/5 4/14 4/14
**providing [1]**  3/19

**R**

**RBW [1]**  1/4
**really [1]**  3/1
**received [1]**  3/6
**record [2]**  2/4 2/6
**recorded [1]**  1/25
**Regan [2]**  1/12 2/8
**REGGIE [1]**  1/9
**remotely [2]**  6/7 6/11
**reported [1]**  6/7
**Reporter [4]**  1/22 1/22 6/4 6/16
**reporting [1]**  6/11
**representations [2]**  3/8 3/17
**requirement [1]**  3/11
**review [2]**  3/12 5/14
**reviewed [1]**  5/15
**Room [1]**  1/23
**round [4]**  4/16 4/17 4/18 5/6
**RPR [2]**  1/22 6/16

**S**

**same [1]**  3/12
**schedule [1]**  3/23
**second [3]**  4/16 4/18 5/6
**see [2]**  3/21 4/12
**SENIOR [1]**  1/9
**sent [1]**  3/13
**shorthand [1]**  1/25
**signs [1]**  3/11
**sir [1]**  2/15
**Smith [2]**  1/17 2/11
**so [3]**  3/1 3/13 3/22
**speak [1]**  2/24
**speedy [2]**  4/20 5/17
**spoken [1]**  4/21
**Stand [1]**  4/7
**started [1]**  5/9
**STATES [6]**  1/1 1/3 1/10 2/3 2/8 6/5
**status [4]**  1/8 2/15 2/19 5/12
**Street [2]**  1/14 1/18
**subject [1]**  6/10
**subscribed [1]**  6/12
**sufficiently [1]**  3/16
**Suite [1]**  1/18

**T**

**take [1]**  3/24
**Taylor [2]**  1/17 2/11
**Taylor-Smith [2]**  1/17 2/11
**technological [1]**  6/11
**TELEPHONIC [1]**  1/8
**thank [3]**  5/20 5/22 5/24
**that [21]**
**that's [2]**  4/23 5/7
**them [1]**  3/5
**then [2]**  4/12 5/11
**there [1]**  3/10
**therefore [1]**  6/10
**Thereupon [1]**  6/1
**they [1]**  4/22
**thing [1]**  5/7
**think [1]**  3/15
**this [13]**
**those [1]**  3/12
**through [2]**  3/9 5/5
**time [4]**  2/19 2/25 4/19 5/16
**transcript [3]**  1/8 1/25 6/7
**transcription [1]**  1/25
**trial [4]**  1/18 3/19 4/20 5/17
**true [1]**  6/7
**Tuesday [1]**  3/20
**two [1]**  3/23

**U**

**U.S [2]**  1/12 1/23
**under [1]**  4/20
**Unit [1]**  1/18
**UNITED [6]**  1/1 1/3 1/10 2/3 2/8 6/5
**until [1]**  5/7
**up [1]**  5/7
**upon [1]**  5/13
**us [1]**  3/24
**usdoj.gov [1]**  1/15

**V**

**versus [1]**  2/3
**very [3]**  3/22 5/1 5/11

**V**
**via [1]**  2/24
**video [1]**  2/24
**voluminous [1]**  4/17

**W**
**Walnut [1]**  1/18
**WALTON [1]**  1/9
**want [2]**  3/17 3/22
**was [1]**  3/1
**Washington [3]**  1/5 1/14 1/24
**wasn't [1]**  4/13
**we [6]**  2/19 3/13 3/15 4/4 4/12 5/16
**we'll [1]**  5/11
**We're [1]**  4/15
**we've [2]**  5/7 5/8
**Wednesday [1]**  3/13
**week [4]**  3/10 3/14 3/20 3/22
**weekend [1]**  5/24
**weeks [1]**  3/23
**well [4]**  3/15 5/1 5/10 5/11
**were [1]**  2/19
**West [1]**  1/18
**What [1]**  3/25
**when [2]**  3/15 5/16
**whereof [1]**  6/12
**whether [1]**  3/8
**which [1]**  2/20
**while [1]**  4/7
**will [3]**  4/12 5/6 5/13
**witness [1]**  6/12
**work [2]**  4/3 4/5
**working [2]**  4/15 4/18
**would [5]**  3/20 3/23 3/24 4/2 4/5

**Y**
**Yes [2]**  4/4 4/15
**yet [1]**  2/22
**you [10]**
**you've [1]**  2/21
**your [15]**
**yourself [1]**  2/15
**yourselves [1]**  2/5