**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES OF AMERICA       .
               Plaintiff,      .
vs.                            .  Docket No. CR 21-158-RBW
                               .
KYLE FITZSIMONS                .  Washington, D.C.
                               .  Tuesday, June 8, 2021
               Defendant.      .
. . . . . . . . . . . . . . . .x  9:30 a.m.
```

TRANSCRIPT OF TELEPHONIC STATUS HEARING

BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:   **Brandon Regan, AUSA**
                      U.S. ATTORNEY'S OFFICE
                      FOR THE DISTRICT OF COLUMBIA
                      Federal Major Crimes
                      555 Fourth Street, NW
                      Washington, DC 20530
                      (202) 252-7759
                      Email: brandon.regan@usdoj.gov

For the Defendant:    **Natasha Taylor-Smith**
                      FEDERAL COMMUNITY DEFENDER OFFICE
                      Trial Unit
                      601 Walnut Street - Suite 545 West
                      Philadelphia, PA 19106
                      (215) 928-1100
                      Email: nancy_ellis@fd.org

Court Reporter:       Cathryn J. Jones, RPR
                      Official Court Reporter
                      Room 6521, U.S. District Court
                      333 Constitution Avenue, N.W.
                      Washington, D.C. 20001

Proceedings recorded by machine shorthand, transcript produced by computer-aided transcription.

```
 1                    P R O C E E D I N G S
 2              THE DEPUTY CLERK:  Your Honor, this morning this
 3    is the matter of United States versus Kyle Fitzsimons.  This
 4    is Criminal Record 21-158.
 5              Ask the parties to identify yourselves for the
 6    record, please.
 7              MR. REGAN:  Good morning, Your Honor, Brandon
 8    Regan on behalf of the United States.
 9              THE COURT:  Good morning.
10              MS. TAYLOR-SMITH:  Good morning, Your Honor,
11    Natasha Taylor-Smith from the Federal Community Defender for
12    the Eastern District of Pennsylvania on behalf of Mr. Kyle
13    Fitzsimons.
14              THE COURT:  Good morning.  Mr. Fitzsimons,
15    identify yourself.
16              THE DEFENDANT:  Good morning.  This is Kyle
17    Fitzsimons from the Department of Corrections facility in
18    Washington, D.C.
19              THE COURT:  Okay.  We're here for a status
20    hearing.  Has discovery been provided by the government to
21    defense counsel?
22              MS. TAYLOR-SMITH:  Your Honor, I have received
23    what I believe now is most of the discovery.  I think
24    Mr. Regan may have a few more pieces of discovery to pass to
25    me pursuant to our discussions, but I think it is almost
```

1  complete.

2          THE COURT:  Government counsel?

3          MR. REGAN:  Yes, Your Honor.  Ms. Taylor-Smith is

4  accurate.  She and I spoke this morning.  In addition to the

5  first round of fast track discovery that I forwarded to her

6  that was previously provided to Mr. Hunter, I've since

7  provided 111 body-worn camera videos.  There are roughly six

8  serials left in the FBI manifest for me to disclose that I'm

9  currently working through right now, in addition to some

10 additional videos, but I anticipate that the majority of

11 discovery has already been disclosed.

12         THE COURT:  So when do you think you can provide

13 all discovery you're required to provide?

14         MR. REGAN:  Your Honor, I anticipate having the

15 second round of discovery out by the middle of next week.

16 It's actually already with the discovery team located in my

17 office.  They're just correlating and organizing the

18 discovery to be pushed out similar to the first production,

19 so I anticipate being able to do that next week.

20         THE COURT:  How do you all propose under the

21 circumstances then to proceed?

22         MS. TAYLOR-SMITH:  Your Honor, we were going to

23 ask for at least another 30 days.  If the Court was

24 available on July 6th, that was a date that worked, would

25 work for both myself and the government.

```
 1              THE COURT:  Let me check.  July 6th is available.
 2   We can do it at 9:30 again.
 3              MS. TAYLOR-SMITH:  That works for the defense.
 4              MR. REGAN:  That works, Your Honor.
 5              THE COURT:  What's the defendant's status
 6   regarding --
 7              THE DEPUTY CLERK:  Your Honor, stand by while I
 8   check with the jail.
 9              THE COURT:  Okay.
10              [Brief pause.]
11              THE DEPUTY CLERK:  July 6th at 10 a.m. is
12   available.
13              THE COURT:  Very well, ten o'clock.
14              MR. REGAN:  I said I understood, Your Honor.  I
15   was just asking that the Court exclude that time between now
16   and then in the interest of justice.
17              THE COURT:  I was getting ready to ask whether
18   counsel had an opportunity to talk to the defendant about
19   whether he's willing to waive his speedy trial rights until
20   that date?
21              MS. TAYLOR-SMITH:  Your Honor, actually we talked
22   about everything but that.  I have to apologize to the Court
23   because I didn't know how long of a date I would be asking
24   for until I spoke to Mr. Regan this morning.
25              THE COURT:  Okay.  Well, Mr. Fitzsimons, I believe
```

1  I explained to you, I did, last time we were here that you
2  have a right to a speedy trial both under the Constitution
3  and by statute under the United States code.  And under the
4  statute the government has an obligation to bring your case
5  to trial within a certain number of days after you were
6  brought into the system.  If the government doesn't do that
7  then your lawyer can request on your behalf that these
8  charges be dismissed because you were not given your right
9  to a speedy trial.  Do you understand that, sir?
10          THE DEFENDANT:  Yes, Your Honor, I understand
11 that.
12          THE COURT:  And your lawyer obviously needs to get
13 this additional information from the government about this
14 case and it's regarding you, and have a chance to review
15 that with you.  And I need to know whether you are willing
16 to waive or give up your right, as you did last time, to a
17 speedy trial until we come back on July 6th for a further
18 hearing?
19          THE DEFENDANT:  At this time I'm not really
20 willing to waive any of my rights, but if we want to do a
21 continuance for 30 days I'd be willing to do that.
22          THE COURT:  That's fine.  I'm not trying to force
23 to you waive your rights, but if that's your position then
24 we're going to have to go ahead and set a trial date now so
25 that we don't run into a speedy trial problem, so I'd be

1  prepared to set a trial either some time in July or August

2  so we can give you your rights to a speedy trial if that's

3  what you want.

4             THE DEFENDANT:  Your Honor, at this time I would

5  like to ask me to confer with my counsel privately.

6             THE COURT:  Very well.  I'll have to continue this

7  for a couple of days so that you can have a chance to talk

8  to your lawyer and decide how you want to proceed, so I'm

9  not going to continue the matter until the 6th at this time.

10 I'll continue the matter until -- counsel, how much time do

11 you think you'll need before you can have a chance to talk

12 to your client about this issue?

13            MS. TAYLOR-SMITH:  Your Honor, I anticipated going

14 back down to see him on Friday.  We did meet via video last

15 Friday, but the video hearings -- meetings are just not as

16 fruitful as my in-person hearings, so I'm coming back down

17 on Friday.

18            THE COURT:  So would Monday at 11 o'clock -- that

19 wouldn't be good.  Would Tuesday, at ten o'clock be good?

20            MS. TAYLOR-SMITH:  Yes.

21            MR. REGAN:  That works for the government as well,

22 Your Honor.

23            THE COURT:  Okay.  We'll continue this matter

24 until Tuesday, the 15th at ten o'clock for a further hearing

25 in reference to -- wait a minute.  One moment.  Yeah, that's

1  fine, Tuesday the 15th at ten o'clock for a further status
2  hearing when Mr. Fitzsimons can indicate what his position
3  is regarding the waiver of the speedy trial, running of the
4  speedy trial clock.
5           Anything else from government counsel?
6           MR. REGAN:  Your Honor.  The only thing I'd like
7  to put on the record is at the last hearing I had indicated
8  that I emailed the defense a plea offer.  I have since sent
9  the defense a formal plea offer with the associated
10 paperwork, which I know the defense is working through now
11 which is one of the things that they're considering in
12 addition to the discovery, but other than that nothing else
13 to add, Your Honor.
14          THE COURT:  Defense counsel, did you receive that
15 from the government?
16          MS. TAYLOR-SMITH:  I did, Your Honor.  I received
17 the written plea agreement and I started going over that
18 plea agreement with Mr. Fitzsimons last Friday.  There was a
19 deadline mentioned in the plea agreement, which was
20 June 18th.  I've spoken to Mr. Regan and he has agreed to
21 extend that date, although, we don't have a date firm, so I
22 am no longer obligated to respond to him by June 18th, as to
23 the written plea agreement.
24          THE COURT:  Very well.  Anything else?
25          MS. TAYLOR-SMITH:  Nothing from the defense.

1          THE COURT:  We'll see you next week.

2          MS. TAYLOR-SMITH:  Thank you.

3          MR. REGAN:  Thank you, Your Honor.

4          [Thereupon, the proceedings adjourned at 9:37

5          a.m.]

6

7                         **CERTIFICATE**

8          **I, Cathryn J. Jones, an Official Court Reporter**,

9  for the United States District Court of the District of

10 Columbia, do hereby certify that the foregoing 7 pages is a

11 true and correct transcript of the remotely reported

12 proceedings in the above-entitled matter.

13         Please note:  This hearing occurred during the

14 COVID-19 pandemic and is therefore subject to the

15 technological limitations of court reporting remotely.

16         In witness whereof, I have hereto subscribed my

17 name, this the 8th day of June, 2021.

18

19
                              /s/_Cathryn J. Jones
20                            Cathryn J. Jones, RPR
                              Official Court Reporter
21

22

23

24

25

**MR. REGAN: [8]** 2/6 3/2 3/13 4/3 4/13 6/20 7/5 8/2
**MS. TAYLOR-SMITH: [10]**
**THE COURT: [20]**
**THE DEFENDANT: [4]** 2/15 5/9 5/18 6/3
**THE DEPUTY CLERK: [3]** 2/1 4/6 4/10

**.**

**.x [1]** 1/6

**/**

**/s [1]** 8/19

**1**

**10 a.m [1]** 4/11
**11 o'clock [1]** 6/18
**1100 [1]** 1/19
**111 [1]** 3/7
**158 [1]** 2/4
**15th [2]** 6/24 7/1
**18th [2]** 7/20 7/22
**19 [1]** 8/14
**19106 [1]** 1/19

**2**

**20001 [1]** 1/24
**202 [1]** 1/15
**2021 [2]** 1/5 8/17
**20530 [1]** 1/14
**21-158 [1]** 2/4
**21-158-RBW [1]** 1/4
**215 [1]** 1/19
**252-7759 [1]** 1/15

**3**

**30 [2]** 3/23 5/21
**333 [1]** 1/23

**5**

**545 [1]** 1/18
**555 [1]** 1/14

**6**

**601 [1]** 1/18
**6521 [1]** 1/23
**6th [5]** 3/24 4/1 4/11 5/17 6/9

**7**

**7759 [1]** 1/15

**8**

**8th [1]** 8/17

**9**

**928-1100 [1]** 1/19
**9:30 [2]** 1/6 4/2
**9:37 [1]** 8/4

**A**

**a.m [3]** 1/6 4/11 8/5
**able [1]** 3/19
**about [4]** 4/18 4/22 5/13 6/12
**above [1]** 8/12
**above-entitled [1]** 8/12

**accurate [1]** 3/4
**actually [2]** 3/16 4/21
**add [1]** 7/13
**addition [3]** 3/4 3/9 7/12
**additional [2]** 3/10 5/13
**adjourned [1]** 8/4
**after [1]** 5/5
**again [1]** 4/2
**agreed [1]** 7/20
**agreement [4]** 7/17 7/18 7/19 7/23
**ahead [1]** 5/24
**aided [1]** 1/25
**all [2]** 3/13 3/20
**almost [1]** 2/25
**already [2]** 3/11 3/16
**although [1]** 7/21
**am [1]** 7/22
**AMERICA [1]** 1/3
**another [1]** 3/23
**anticipate [3]** 3/10 3/14 3/19
**anticipated [1]** 6/13
**any [1]** 5/20
**Anything [2]** 7/5 7/24
**apologize [1]** 4/22
**APPEARANCES [1]** 1/11
**are [3]** 3/7 5/15 6/15
**as [5]** 5/16 6/15 6/16 6/21 7/22
**ask [4]** 2/5 3/23 4/17 6/5
**asking [2]** 4/15 4/23
**associated [1]** 7/9
**ATTORNEY'S [1]** 1/12
**August [1]** 6/1
**AUSA [1]** 1/12
**available [3]** 3/24 4/1 4/12
**Avenue [1]** 1/23

**B**

**back [3]** 5/17 6/14 6/16
**be [7]** 3/18 4/23 5/8 5/21 5/25 6/19 6/19
**because [2]** 4/23 5/8
**been [2]** 2/20 3/11
**before [2]** 1/9 6/11
**behalf [3]** 2/8 2/12 5/7
**being [1]** 3/19
**believe [2]** 2/23 4/25
**between [1]** 4/15
**body [1]** 3/7
**body-worn [1]** 3/7
**both [2]** 3/25 5/2
**Brandon [2]** 1/12 2/7
**brandon.regan [1]** 1/15
**Brief [1]** 4/10
**bring [1]** 5/4
**brought [1]** 5/6

**C**

**camera [1]** 3/7
**can [7]** 3/12 4/2 5/7 6/2 6/7 6/11 7/2
**case [2]** 5/4 5/14
**Cathryn [4]** 1/22 8/8 8/19 8/20
**certain [1]** 5/5
**CERTIFICATE [1]** 8/7
**certify [1]** 8/10
**chance [3]** 5/14 6/7 6/11
**charges [1]** 5/8
**check [2]** 4/1 4/8

**circumstances [1]** 3/21
**client [1]** 6/12
**clock [1]** 7/4
**code [1]** 5/3
**COLUMBIA [3]** 1/2 1/13 8/10
**come [1]** 5/17
**coming [1]** 6/16
**COMMUNITY [2]** 1/17 2/11
**complete [1]** 3/1
**computer [1]** 1/25
**computer-aided [1]** 1/25
**confer [1]** 6/5
**considering [1]** 7/11
**Constitution [2]** 1/23 5/2
**continuance [1]** 5/21
**continue [4]** 6/6 6/9 6/10 6/23
**correct [1]** 8/11
**Corrections [1]** 2/17
**correlating [1]** 3/17
**counsel [7]** 2/21 3/2 4/18 6/5 6/10 7/5 7/14
**couple [1]** 6/7
**court [11]**
**COVID [1]** 8/14
**COVID-19 [1]** 8/14
**CR [1]** 1/4
**Crimes [1]** 1/13
**Criminal [1]** 2/4
**currently [1]** 3/9

**D**

**D.C [3]** 1/5 1/24 2/18
**date [6]** 3/24 4/20 4/23 5/24 7/21 7/21
**day [1]** 8/17
**days [4]** 3/23 5/5 5/21 6/7
**DC [1]** 1/14
**deadline [1]** 7/19
**decide [1]** 6/8
**defendant [3]** 1/6 1/17 4/18
**defendant's [1]** 4/5
**DEFENDER [2]** 1/17 2/11
**defense [7]** 2/21 4/3 7/8 7/9 7/10 7/14 7/25
**Department [1]** 2/17
**did [5]** 5/1 5/16 6/14 7/14 7/16
**didn't [1]** 4/23
**disclose [1]** 3/8
**disclosed [1]** 3/11
**discovery [10]**
**discussions [1]** 2/25
**dismissed [1]** 5/8
**DISTRICT [8]** 1/1 1/2 1/10 1/13 1/23 2/12 8/9 8/9
**do [10]**
**Docket [1]** 1/4
**doesn't [1]** 5/6
**don't [2]** 5/25 7/21
**down [2]** 6/14 6/16
**during [1]** 8/13

**E**

**Eastern [1]** 2/12
**either [1]** 6/1
**ellis [1]** 1/20
**else [3]** 7/5 7/12 7/24
**Email [2]** 1/15 1/20
**emailed [1]** 7/8

**E**
**entitled [1]** 8/12
**everything [1]** 4/22
**exclude [1]** 4/15
**explained [1]** 5/1
**extend [1]** 7/21

**F**
**facility [1]** 2/17
**fast [1]** 3/5
**FBI [1]** 3/8
**fd.org [1]** 1/20
**Federal [3]** 1/13 1/17 2/11
**few [1]** 2/24
**fine [2]** 5/22 7/1
**firm [1]** 7/21
**first [2]** 3/5 3/18
**FITZSIMONS [8]** 1/5 2/3 2/13 2/14 2/17 4/25 7/2 7/18
**force [1]** 5/22
**foregoing [1]** 8/10
**formal [1]** 7/9
**forwarded [1]** 3/5
**Fourth [1]** 1/14
**Friday [4]** 6/14 6/15 6/17 7/18
**fruitful [1]** 6/16
**further [3]** 5/17 6/24 7/1

**G**
**get [1]** 5/12
**getting [1]** 4/17
**give [2]** 5/16 6/2
**given [1]** 5/8
**go [1]** 5/24
**going [5]** 3/22 5/24 6/9 6/13 7/17
**good [7]** 2/7 2/9 2/10 2/14 2/16 6/19 6/19
**government [10]**

**H**
**had [2]** 4/18 7/7
**has [4]** 2/20 3/11 5/4 7/20
**have [12]**
**having [1]** 3/14
**he [1]** 7/20
**he's [1]** 4/19
**hearing [7]** 1/8 2/20 5/18 6/24 7/2 7/7 8/13
**hearings [2]** 6/15 6/16
**her [1]** 3/5
**here [2]** 2/19 5/1
**hereby [1]** 8/10
**hereto [1]** 8/16
**him [2]** 6/14 7/22
**his [2]** 4/19 7/2
**Honor [19]**
**HONORABLE [1]** 1/9
**how [4]** 3/20 4/23 6/8 6/10
**Hunter [1]** 3/6

**I**
**I'd [3]** 5/21 5/25 7/6
**I'll [2]** 6/6 6/10
**I'm [5]** 3/8 5/19 5/22 6/8 6/16
**I've [2]** 3/6 7/20
**identify [2]** 2/5 2/15
**in-person [1]** 6/16

**indicate [1]** 7/2
**indicated [1]** 7/7
**information [1]** 5/13
**interest [1]** 4/16
**is [14]**
**issue [1]** 6/12
**it [2]** 2/25 4/2
**it's [2]** 3/16 5/14

**J**
**jail [1]** 4/8
**Jones [4]** 1/22 8/8 8/19 8/20
**JUDGE [2]** 1/9 1/10
**July [5]** 3/24 4/1 4/11 5/17 6/1
**July 6th [4]** 3/24 4/1 4/11 5/17
**June [4]** 1/5 7/20 7/22 8/17
**June 18th [2]** 7/20 7/22
**just [3]** 3/17 4/15 6/15
**justice [1]** 4/16

**K**
**know [3]** 4/23 5/15 7/10
**KYLE [4]** 1/5 2/3 2/12 2/16

**L**
**last [5]** 5/1 5/16 6/14 7/7 7/18
**lawyer [3]** 5/7 5/12 6/8
**least [1]** 3/23
**left [1]** 3/8
**Let [1]** 4/1
**like [2]** 6/5 7/6
**limitations [1]** 8/15
**located [1]** 3/16
**long [1]** 4/23
**longer [1]** 7/22

**M**
**machine [1]** 1/25
**Major [1]** 1/13
**majority [1]** 3/10
**manifest [1]** 3/8
**matter [5]** 2/3 6/9 6/10 6/23 8/12
**may [1]** 2/24
**me [4]** 2/25 3/8 4/1 6/5
**meet [1]** 6/14
**meetings [1]** 6/15
**mentioned [1]** 7/19
**middle [1]** 3/15
**minute [1]** 6/25
**moment [1]** 6/25
**Monday [1]** 6/18
**more [1]** 2/24
**morning [8]** 2/2 2/7 2/9 2/10 2/14 2/16 3/4 4/24
**most [1]** 2/23
**Mr [7]** 2/12 2/14 4/24 4/25 7/2 7/18 7/20
**Mr. [2]** 2/24 3/6
**Mr. Hunter [1]** 3/6
**Mr. Regan [1]** 2/24
**Ms [1]** 3/3
**much [1]** 6/10
**my [5]** 3/16 5/20 6/5 6/16 8/16
**myself [1]** 3/25

**N**
**N.W [1]** 1/23

**name [1]** 8/17
**nancy [1]** 1/20
**Natasha [2]** 1/17 2/11
**need [2]** 5/15 6/11
**needs [1]** 5/12
**next [3]** 3/15 3/19 8/1
**no [2]** 1/4 7/22
**not [5]** 5/8 5/19 5/22 6/9 6/15
**note [1]** 8/13
**nothing [2]** 7/12 7/25
**now [5]** 2/23 3/9 4/15 5/24 7/10
**number [1]** 5/5
**NW [1]** 1/14

**O**
**o'clock [5]** 4/13 6/18 6/19 6/24 7/1
**obligated [1]** 7/22
**obligation [1]** 5/4
**obviously [1]** 5/12
**occurred [1]** 8/13
**offer [2]** 7/8 7/9
**office [3]** 1/12 1/17 3/17
**Official [3]** 1/22 8/8 8/20
**Okay [4]** 2/19 4/9 4/25 6/23
**one [2]** 6/25 7/11
**only [1]** 7/6
**opportunity [1]** 4/18
**organizing [1]** 3/17
**other [1]** 7/12
**our [1]** 2/25
**out [2]** 3/15 3/18
**over [1]** 7/17

**P**
**PA [1]** 1/19
**pages [1]** 8/10
**pandemic [1]** 8/14
**paperwork [1]** 7/10
**parties [1]** 2/5
**pass [1]** 2/24
**pause [1]** 4/10
**Pennsylvania [1]** 2/12
**person [1]** 6/16
**Philadelphia [1]** 1/19
**pieces [1]** 2/24
**Plaintiff [1]** 1/3
**plea [6]** 7/8 7/9 7/17 7/18 7/19 7/23
**please [2]** 2/6 8/13
**position [2]** 5/23 7/2
**prepared [1]** 6/1
**previously [1]** 3/6
**privately [1]** 6/5
**problem [1]** 5/25
**proceed [2]** 3/21 6/8
**proceedings [3]** 1/25 8/4 8/12
**produced [1]** 1/25
**production [1]** 3/18
**propose [1]** 3/20
**provide [2]** 3/12 3/13
**provided [3]** 2/20 3/6 3/7
**pursuant [1]** 2/25
**pushed [1]** 3/18
**put [1]** 7/7

**R**
**RBW [1]** 1/4
**ready [1]** 4/17

## R

**really [1]** 5/19
**receive [1]** 7/14
**received [2]** 2/22 7/16
**record [3]** 2/4 2/6 7/7
**recorded [1]** 1/25
**reference [1]** 6/25
**Regan [5]** 1/12 2/8 2/24 4/24 7/20
**regarding [3]** 4/6 5/14 7/3
**REGGIE [1]** 1/9
**remotely [2]** 8/11 8/15
**reported [1]** 8/11
**Reporter [4]** 1/22 1/22 8/8 8/20
**reporting [1]** 8/15
**request [1]** 5/7
**required [1]** 3/13
**respond [1]** 7/22
**review [1]** 5/14
**right [4]** 3/9 5/2 5/8 5/16
**rights [4]** 4/19 5/20 5/23 6/2
**Room [1]** 1/23
**roughly [1]** 3/7
**round [2]** 3/5 3/15
**RPR [2]** 1/22 8/20
**run [1]** 5/25
**running [1]** 7/3

## S

**said [1]** 4/14
**second [1]** 3/15
**see [2]** 6/14 8/1
**SENIOR [1]** 1/9
**sent [1]** 7/8
**serials [1]** 3/8
**set [2]** 5/24 6/1
**She [1]** 3/4
**shorthand [1]** 1/25
**similar [1]** 3/18
**since [2]** 3/6 7/8
**sir [1]** 5/9
**six [1]** 3/7
**Smith [3]** 1/17 2/11 3/3
**so [10]**
**some [2]** 3/9 6/1
**speedy [8]** 4/19 5/2 5/9 5/17 5/25 6/2 7/3 7/4
**spoke [2]** 3/4 4/24
**spoken [1]** 7/20
**stand [1]** 4/7
**started [1]** 7/17
**STATES [7]** 1/1 1/3 1/10 2/3 2/8 5/3 8/9
**status [4]** 1/8 2/19 4/5 7/1
**statute [2]** 5/3 5/4
**Street [2]** 1/14 1/18
**subject [1]** 8/14
**subscribed [1]** 8/16
**Suite [1]** 1/18
**system [1]** 5/6

## T

**talk [3]** 4/18 6/7 6/11
**talked [1]** 4/21
**Taylor [3]** 1/17 2/11 3/3
**Taylor-Smith [3]** 1/17 2/11 3/3
**team [1]** 3/16
**technological [1]** 8/15
**TELEPHONIC [1]** 1/8
**ten [4]** 4/13 6/19 6/24 7/1
**than [1]** 7/12
**Thank [2]** 8/2 8/3
**that [31]**
**that's [4]** 5/22 5/23 6/2 6/25
**then [4]** 3/21 4/16 5/7 5/23
**There [2]** 3/7 7/18
**therefore [1]** 8/14
**Thereupon [1]** 8/4
**these [1]** 5/7
**they're [2]** 3/17 7/11
**thing [1]** 7/6
**things [1]** 7/11
**think [4]** 2/23 2/25 3/12 6/11
**this [16]**
**through [2]** 3/9 7/10
**time [8]** 4/15 5/1 5/16 5/19 6/1 6/4 6/9 6/10
**track [1]** 3/5
**transcript [3]** 1/8 1/25 8/11
**transcription [1]** 1/25
**trial [12]**
**true [1]** 8/11
**trying [1]** 5/22
**Tuesday [4]** 1/5 6/19 6/24 7/1

## U

**U.S [2]** 1/12 1/23
**under [4]** 3/20 5/2 5/3 5/3
**understand [2]** 5/9 5/10
**understood [1]** 4/14
**Unit [1]** 1/18
**UNITED [7]** 1/1 1/3 1/10 2/3 2/8 5/3 8/9
**until [6]** 4/19 4/24 5/17 6/9 6/10 6/24
**up [1]** 5/16
**usdoj.gov [1]** 1/15

## V

**versus [1]** 2/3
**Very [3]** 4/13 6/6 7/24
**via [1]** 6/14
**video [2]** 6/14 6/15
**videos [2]** 3/7 3/10

## W

**wait [1]** 6/25
**waive [4]** 4/19 5/16 5/20 5/23
**waiver [1]** 7/3
**Walnut [1]** 1/18
**WALTON [1]** 1/9
**want [3]** 5/20 6/3 6/8
**was [7]** 3/6 3/23 3/24 4/15 4/17 7/18 7/19
**Washington [4]** 1/5 1/14 1/24 2/18
**we [10]**
**We'll [2]** 6/23 8/1
**we're [2]** 2/19 5/24
**week [3]** 3/15 3/19 8/1
**well [5]** 4/13 4/25 6/6 6/21 7/24
**were [4]** 3/22 5/1 5/5 5/8
**West [1]** 1/18
**what [3]** 2/23 6/3 7/2
**What's [1]** 4/5
**when [2]** 3/12 7/2
**whereof [1]** 8/16
**whether [3]** 4/17 4/19 5/15
**which [3]** 7/10 7/11 7/19
**while [1]** 4/7
**willing [4]** 4/19 5/15 5/20 5/21
**within [1]** 5/5
**witness [1]** 8/16
**work [1]** 3/25
**worked [1]** 3/24
**working [2]** 3/9 7/10
**works [3]** 4/3 4/4 6/21
**worn [1]** 3/7
**would [5]** 3/24 4/23 6/4 6/18 6/19
**wouldn't [1]** 6/19
**written [2]** 7/17 7/23

## Y

**Yeah [1]** 6/25
**Yes [3]** 3/3 5/10 6/20
**you [23]**
**you'll [1]** 6/11
**you're [1]** 3/13
**your [30]**
**yourself [1]** 2/15
**yourselves [1]** 2/5