1          **IN THE UNITED STATES DISTRICT COURT**

2              **FOR THE DISTRICT OF COLUMBIA**

3  UNITED STATES OF AMERICA          .
                     Plaintiff,      .
4  vs.                               .  Docket No. CR 21-158-RBW
                                     .
5  KYLE FITZSIMONS                   .  Washington, D.C.
                                     .  Tuesday, June 15, 2021
6                  Defendant.        .
   . . . . . . . . . . . . . . . . .x  10:00 a.m.

7

8        TRANSCRIPT OF TELEPHONIC STATUS HEARING

9    BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

10             UNITED STATES DISTRICT JUDGE

11  APPEARANCES:

12  For the Government:  **Brandon Regan, AUSA**
                        U.S. ATTORNEY'S OFFICE
13                       FOR THE DISTRICT OF COLUMBIA
                        Federal Major Crimes
14                       555 Fourth Street, NW
                        Washington, DC 20530
15                       (202) 252-7759
                        Email: brandon.regan@usdoj.gov

16

17  For the Defendant:  **Natasha Taylor-Smith**
                        FEDERAL COMMUNITY DEFENDER OFFICE
18                       Trial Unit
                        601 Walnut Street – Suite 545 West
19                       Philadelphia, PA 19106
                        (215) 928-1100
20                       Email: nancy_ellis@fd.org

21

22  Court Reporter:  Cathryn J. Jones, RPR
                    Official Court Reporter
23                   Room 6521, U.S. District Court
                    333 Constitution Avenue, N.W.
24                   Washington, D.C. 20001

25  Proceedings recorded by machine shorthand, transcript
    produced by computer-aided transcription.

1          **P R O C E E D I N G S**

2          THE DEPUTY CLERK:  Your Honor, this is Criminal

3   Case 21-158, United States of America versus Kyle

4   Fitzsimons.  Starting with government counsel, let me have

5   you to state your appearance for the record.

6          MR. REGAN:  Good morning, Your Honor, this is AUSA

7   Brandon Regan for the United States.

8          THE COURT:  Good morning.

9          MS. TAYLOR-SMITH:  Good morning.  This is Natasha

10  Taylor-Smith from the Federal Community Defender for the

11  Eastern District of Pennsylvania on behalf of

12  Mr. Fitzsimons.

13         THE COURT:  Good morning.  We scheduled this

14  matter today to find out what the defendant's position is

15  regarding the speedy trial clock.

16         MS. TAYLOR-SMITH:  Your Honor, at this point in

17  time I've had an opportunity, I visited with Mr. Fitzsimons

18  last week on Friday.  I explained to him his rights to a

19  speedy trial pursuant to both the Sixth Amendment and to

20  statute.  He is willing to waive his speedy trial rights at

21  this point.

22         I've also had additional conversations with the

23  government as it related to the production of discovery, and

24  we were hoping that the Court as opposed to using the

25  July 6th date that we gave you last week would consider

1   either July 19th or July 20th as the date for the next

2   status hearing.

3          THE COURT:  Mr. Fitzsimons, would you please

4   identify yourself, sir.

5          THE DEFENDANT:  Good morning, Your Honor, this is

6   Kyle Fitzsimons from the D.C. DOC.

7          THE COURT:  Did you hear what your lawyer just

8   said about your speedy trial rights?

9          THE DEFENDANT:  Yes.  Yes, Your Honor, I did.

10          THE COURT:  Let me just go over with you again.

11   As I believe I told you before, you do have a right to a

12   speedy trial under the Constitution of the United States,

13   which means that your case has to be brought to trial within

14   a reasonable period of time after you were arrested in this

15   case.  You also have a statutory right to a speedy trial and

16   that statute requires that your case be brought to trial

17   within a certain number of days.  And if that doesn't happen

18   then your lawyer can request that these charges be dismissed

19   because you were not given your right to a speedy trial.  Do

20   you understand that, sir?

21          THE DEFENDANT:  Yes, Your Honor.

22          THE COURT:  And the government still has

23   apparently some information about your case to be provided

24   to your lawyer so your lawyer will be in a better position

25   to advise you as to how she thinks you should proceed in

1   this case.  And she indicates that she's talked to you about

2   your speedy trial rights and that you're willing to waive or

3   give up your right to a speedy trial between now and when we

4   come back for a further date in July.  Do you agree with

5   that?

6             THE DEFENDANT:  Yes, at this time I agree with

7   that.

8             THE COURT:  Very well.  I will conclude it is in

9   the interest of justice both from the government and the

10  defendant's prospective to permit the defendant to waive his

11  rights to a speedy trial until we come back for a further

12  hearing in July so that his lawyer will receive additional

13  discovery information from the government and be in a better

14  position to assess and advise the defendant as to how she

15  thinks he should proceed.

16            I'm sorry, what were those dates again, counsel?

17            MS. TAYLOR-SMITH:  Your Honor, July 19th and July

18  20th are both good dates for myself and the government if

19  it's good with the Court.

20            THE COURT:  Nineteenth, 20th, either day I could

21  -- well, I can do the 19th at 10:30 and I can do the 20th at

22  11:30.

23            MS. TAYLOR-SMITH:  Your Honor, the defense would

24  be requesting that earlier date, the 19th at 10:30 a.m.

25            THE COURT:  That good for the government?

1            MR. REGAN:  It is, Your Honor.

2            THE COURT:  Very well.  Then we'll continue this

3     matter until the 19th at 10:30.  Anything else from

4     government counsel?

5            MR. REGAN:  No, thank you, Your Honor.

6            THE COURT:  Defense counsel?

7            MS. TAYLOR-SMITH:  No, Your Honor.  Thank you.

8            THE COURT:  Thank you.

9            MS. TAYLOR-SMITH:  Thank you, everyone.

10            [Thereupon, the proceedings adjourned at 10:03

11            a.m.]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         **CERTIFICATE**

2            **I, Cathryn J. Jones, an Official Court Reporter,**

3    for the United States District Court of the District of

4    Columbia, do hereby certify that the foregoing 5 pages is a

5    true and correct transcript of the remotely reported

6    proceedings in the above-entitled matter.

7            Please note:  This hearing occurred during the

8    COVID-19 pandemic and is therefore subject to the

9    technological limitations of court reporting remotely.

10           In witness whereof, I have hereto subscribed my

11   name, this the 15th day of June, 2021.

12

13

14

15
                         /s/_Cathryn J. Jones
16                       Cathryn J. Jones, RPR
                         Official Court Reporter
17

18

19

20

21

22

23

24

25