# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | | |
| v. | : | Case No.: | 21-cr-158 |
| | : | | |
| KYLE FITZSIMONS, | : | Re Document No.: | 34 |
| | : | | |
| Defendant. | : | | |

## ORDER

### DENYING DEFENDANT'S MOTION TO REVOKE DETENTION ORDER

For the reasons stated in the Court's memorandum opinion separately and contemporaneously issued, the Defendant's motion to revoke the detention order and for pretrial release (ECF No. 34) is **DENIED**.  It is hereby:

**ORDERED** that Defendant shall be detained pending trial.

**SO ORDERED**.

Dated: September 24, 2021　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge