# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-158** |
| | : | |
| | : | |
| **KYLE FITZSIMONS** | : | |

## NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the District of Columbia from the Order entered on September 24, 2021, denying the Defendant's Motion to Revoke Detention Order and for Pretrial Release.

Respectfully submitted,

*/s/ Natasha Taylor-Smith*
NATASHA TAYLOR-SMITH
Assistant Federal Defender

**CERTIFICATE OF SERVICE**

    I, Natasha Taylor-Smith, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I caused a copy of the Notice of Appeal to be filed and served electronically through the District of Columbia District Clerk's Office Electronic Case Filing upon Brandon K. Regan, Assistant United States Attorney, United States Attorney's Office, 555 4th St., NW, Washington, DC 20530.

                                              */s/ Natasha Taylor-Smith*
                                              NATASHA TAYLOR-SMITH
                                              Assistant Federal Defender

DATE:       October 7, 2021