# EXHIBIT A



#FourHoursAtTheCapitol #HBO
Four Hours At The Capitol: Official Trailer | HBO
14,656 views • Oct 8, 2021          314   3.1K   SHARE   SAVE