UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-158-RC |
| **KYLE FITZSIMONS,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the Acting United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Robert Juman hereby enters his appearance in the above referenced matter.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    DC Bar No. 415793

By:   */s/ Robert Juman*
    ROBERT JUMAN
    Assistant United States Attorney
    Bar No. NJ 033201993
    United States Attorney's Office, Detailee
    555 Fourth Street, N.W.
    Washington, DC 20530
    Phone: (786) 514-9990
    E-mail: Robert.juman@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 25th day of October 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Robert Juman*
ROBERT JUMAN
Assistant United States Attorney