IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 21-158** |
| | : | |
| **KYLE FITZSIMONS** | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2021, having considered Defendant's Motion for Transfer and the government's Response thereto, it is hereby

**ORDERED** that Mr. Fitzsimons' Motion is **GRANTED**. The trial is hereby **TRANSFERRED** to the District of Maine.

BY THE COURT:

_____
**THE HONORABLE RUDOLPH CONTRERAS**
United States District Court Judge