# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| IN RE: APPLICATION FOR ACCESS TO VIDEO EXHIBITS | : : : : : : : : | Case No.: Re Document Nos.: | 21-mc-90 (RC) 1, 6 |

## ORDER

### GRANTING PETITIONER'S APPLICATIONS FOR ACCESS TO VIDEO AND AUDIO EXHIBITS

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Petitioner's Application for Access to Video Exhibits (ECF No. 1) and Supplemental Application for Access to Video Exhibits (ECF No. 6) are **GRANTED**. It is hereby:

**ORDERED** that the United States shall make available to the Press the video and audio exhibits that accompanied its criminal complaint and Memorandum in Support of Pretrial Detention, Criminal Case ECF No. 7, as well as the video and audio exhibits that accompanied its Opposition to Defendant's Motion to Revoke Detention Order and For Pretrial Release, Criminal Case ECF No. 35, consistent with the procedures set forth in Standing Order 21-28. This includes all video and audio exhibits relied on in the April 6th and 7th, 2021 hearing as well as the September 16th, 2021 hearing.

It is **FURTHER ORDERED** that the Press Coalition is granted permission to record, copy, download, retransmit, and otherwise further publish these video and audio exhibits.

**SO ORDERED**.

Dated:  December 6, 2021                                         RUDOLPH CONTRERAS
                                                                 United States District Judge