# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 21-3069**　　　　　　　　　　　　　　**September Term, 2021**

　　　　　　　　　　　　　　　　　　　　　　1:21-cr-00158-RC-1

　　　　　　　　　　　　　　**Filed On: February 8, 2022** [1934350]

United States of America,

　　　Appellee

　　v.

Kyle Fitzsimons,

　　　Appellant

## M A N D A T E

　　In accordance with the judgment of December 17, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed December 17, 2021