IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-158 (RC) |
| KYLE FITZSIMONS | |

## NOTICE OF APPEARANCE AS LEAD COUNSEL

Douglas B. Brasher, Assistant United States Attorney, enters his appearance as lead counsel for the United States of America in this case.  The United States requests that all notices relating to this case be sent to the undersigned.

> Respectfully submitted,
>
> MATTHEW M. GRAVES
> UNITED STATES ATTORNEY
>
>  /s/ Douglas B. Brasher
> Douglas B. Brasher
> Assistant United States Attorney
> Detailee
> Texas State Bar No. 24077601
> 1100 Commerce Street, Third Floor
> Dallas, Texas  75242-1699
> Telephone:  214-659-8604
> douglas.brasher@usdoj.gov

**Notice of Appearance as Lead Counsel—Page 1**