**CERTIFICATE OF SERVICE**

On this 13th day of April 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                */s/ Michael M. Gordon*
                                                Michael M. Gordon
                                                Assistant United States
                                                Attorney, Detailee
                                                601 D Street, N.W.
                                                Washington, D.C. 20530
                                                Telephone No. 813-274-6370
                                                michael.gordon3@usdoj.gov