UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                          No. 1:21-cr-158 (RC)

KYLE FITZSIMONS

## UNOPPOSED MOTION TO CONTINUE DEADLINE FOR SUBMISSION OF JOINT PRETRIAL STATEMENT

The government respectfully moves for a one-week extension of the deadline to file the joint pretrial statement. The defendant is not opposed to this motion.

The defendant was named in a ten-count superseding indictment charging him with various offenses in connection with his alleged conduct on the grounds of the U.S. Capitol Building on January 6, 2021. The defendant has pleaded "not guilty," and trial is set to commence on June 13, 2022. Pursuant to this Court's Amended Pretrial Order, the parties are to file a joint pretrial statement on or before May 13, 2022. (Dkt. 63.)

Trial counsel for the government (who live in Texas and Florida), counsel for the defendant (who lives in Pennsylvania), and the defendant (who is detained in Washington, D.C.) are meeting in person on May 16, 2022, to discuss various aspects of the case, and would like the opportunity to use this May 16 meeting as a meet-and-confer about the joint pretrial statement. The parties are **not** seeking a continuance of the June 13, 2022, trial date at this time.[1]

---

[1] The government has informed counsel for the defendant that it intends to seek a superseding indictment adding a recently discovered third assault on a law enforcement officer. The defense has informed the government that it will not be seeking a continuance of the June 13, 2022, trial date in the event a superseding indictment is returned.

**Unopposed Motion to Continue Deadline for
Submission of Joint Pretrial Statement—Page 1**

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481 052

*/s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
douglas.brasher@usdoj.gov
Telephone:  214-659-8604

*/s/ Michael Gordon*
Assistant United States Attorney
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
michael.gordon3@usdoj.gov
Telephone:  813-274-6370

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Natasha Taylor-Smith, counsel for Kyle Fitzsimons, and she agrees with the government's motion for a one-week extension to the deadline for submission of the Joint Pretrial Statement.

*/s/ Douglas B. Brasher*
DOUGLAS B. BRASHER