UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

No. 1:21-cr-158 (RC)

KYLE FITZSIMONS

**GOVERNMENT'S EXHIBIT LIST**

**Government's Exhibit List—Page 1**

## 100 SERIES—PHYSICAL EVIDENCE & SEARCH WARRANT MATERIALS

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted / Witness* |
|-----------|--------------------------|-----------|----------------------|
| 100 | White Butcher's Coat with "Kyle" lettering | | |
| 101 | Rubber Boots | | |
| 102 | Black Jacket | | |
| 103 | Black Apron | | |
| 104 | Wooden bow | | |
| 105 | Box of Pelts | | |
| 106 | Samsung Galaxy A21 | | |
| 107 | Pictures from Search of 35 Gully Oven Road—Residence | | |
| 108 | Pictures from Search of 35 Gully Oven Road—Truck | | |

## 200 SERIES—PHOTO & VIDEO EVIDENCE

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted / Witness* |
|-----------|--------------------------|-----------|----------------------|
| 200 | USCP compilation video (22 min.) | | |
| 200A | Stills from USCP compilation video | | |

| 201 | Timelapse of CCTV 0944 | | |
|-----|------------------------|---|---|
| 202 | Video from CCTV 0944 | | |
| 202A | Stills from CCTV 0944 | | |
| 203 | Timelapse of CCTV 0074 | | |
| 204 | Video from CCTV 0074 | | |
| 204A | Stills from CCTV 0074 | | |
| 205 | BWC from MPD Officer M.A. X6039BF8H 2021-01-06 16:09 to 16:12 | | |
| 205A | Stills from M.A.'s BWC X6039BF8H | | |
| 206 | BWC from MPD Officer S.B. X6039BCAU 2021-01-06 16:06 to 16:09 | | |
| 206A | Stills from S.B.'s BWC X6039BCAU | | |
| 207 | BWC from MPD Officer M.D. X6039BK5E 2021-01-06 16:09 to 16:09 | | |
| 207A | Stills from M.D.'s BWC | | |
| 208 | BWC from MPD Officer J.M. X6039BFSE 2021-01-06 16:10 to 16:13 | | |
| 208A | Stills form J.M's BWC X6039BFSE | | |

**Government's Exhibit List—Page 3**

| 209 | BWC from MPD Officer C.W.<br>X6039BEWQ<br>2021-01-06 16:09 to 16:12 | | |
|-----|------------------------------------------------------------------|--|--|
| 209A | Stills from C.W.'s BWC X6039BEWQ | | |
| 210 | BWC from MPD Officer C.B.<br>X6039BKNU<br>2021-01-06 16:10 to 16:13 | | |
| 210A | Stills from C.B.'s BWC X6039BKNU | | |
| 211 | BWC from MPD Officer H.F.<br>X6039BJJA<br>2021-01-06 16:10 to 16:13 | | |
| 211A | Stills from H.F.'s BWC X6039BJJA | | |
| 212 | BWC from MPD Officer A.G.<br>X6039BB1A<br>2021-01-06 16:10 to 16:12 | | |
| 212A | Stills from A.G.'s BWC X6039BB1A | | |
| 213 | BWC from MPD Officer J.C.<br>X6039BJFT | | |
| 213A | Stills from J.C.'s BWC X6039BJFT | | |
| 214 | BWC from MPD Officer D.P.<br>X6039BKEB<br>2021-01-06 16:11 to 16:12 | | |
| 214A | Stills from D.P.'s BWC X6039BKEB | | |

| | | | |
|---|---|---|---|
| 215 | BWC from MPD Officer B.P.<br>X6039BFMU<br>2021-01-06 16:11 to 16:12 | | |
| 215A | Stills from B.P.'s BWC X6039BFMU | | |
| 216 | YouTube video<br>https://www.youtube.com/watch?v=oyVoq<br>MsC0AM<br>Clip time 8:50 to 24:24 | | |
| 216A | Stills from YouTube video<br>https://www.youtube.com/watch?v=oyVoq<br>MsC0AM | | |
| 217 | YouTube video<br>https://www.youtube.com/watch?v=cRCE<br>MN-lq_o<br>Clip time 13:34 to 13:47 | | |
| 217A | Stills from YouTube video<br>https://www.youtube.com/watch?v=cRCE<br>MN-lq_o | | |
| 218 | hRVW9zpRAAxO_cvt.mp4 | | |
| 218A | Stills from hRVW9zpRAAxO_cvt.mp4 | | |
| 219 | LQKqUqbhU50v_cvt.mp4 | | |
| 219A | Stills from LQKqUqbhU50v_cvt.mp4 | | |
| 220 | U0x7kbofMuDi_cvt.mp4 | | |
| 220A | Stills from U0x7kbofMuDi_cvt.mp4 | | |

**Government's Exhibit List—Page 5**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 221 | 4T27m6Ij4YA9_cvt.mp4 | | |
| 221A | Stills from 4T27m6Ij4YA9_cvt.mp4 | | |
| 222 | Town of Lebanon BOS Meeting, 01/07/2021 https://www.youtube.com/watch?v=Udfi4aNdZlg | | |
| 223 | Collection of Open Source Photos | | |

| **300 SERIES—EVIDENCE RECOVERED FROM CELLPHONE** | | | |
|---|---|---|---|
| ***Ex. No.*** | ***Description of Exhibit*** | ***Offered*** | ***Admitted / Witness*** |
| 300 | Cellebrite Summary | | |
| 301 | Photo of Save America March | | |
| 302 | Photo of Save America March | | |
| 303 | Photo of Barriers | | |
| 304 | Photo of Crowd and Washington Monument | | |
| 305 | Photo Near Scaffolding | | |
| 306 | Selfie Near Scaffolding | | |
| 307 | Photo of Crowd from Above | | |
| 308 | Photo of Head Staples | | |

**Government's Exhibit List—Page 6**

| 309 | Photo of Bloody Butcher's Coat with "Kyle" Lettering and Fur Pelt | | |
| 310 | Screenshot of Airbnb Reservation | | |
| 311 | Screenshot of Airbnb Receipt | | |
| 312 | Text message from Justine Fitzsimons | | |

| 400 SERIES—U.S. SECRET SERVICE & INTERSTATE COMMERCE | | | |
|---|---|---|---|
| **_Ex. No._** | **_Description of Exhibit_** | **_Offered_** | **_Admitted / Witness_** |
| 400 | Secret Service Head of State Notification Worksheet | | |
| 401 | RESERVED | | |
| 402 | Mayor Bowser Curfew Order (Mayor's Order 2021-002) | | |
| 403 | Safeway Early Closure Notice for Washington, DC stores 1/6/2021 | | |
| 404 | Safeway Mid-Atlantic Daily Sales Report (Redacted) 1/5/2021 – 1/7/2021 | | |
| 405 | Safeway Warehouse Shipments Lancaster PA to Washington, DC stores 1/3/2021 – 1/9/2021 | | |

| 500 SERIES—LEGAL AND CONGRESSIONAL RECORDS | | | |
|---|---|---|---|
| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted / Witness* |
| 500 | U.S. Constitution—12th Amendment (Highlighted) | | |
| 501 | Title 3, United States Code, Sections 15 to 18 | | |
| 502 | Senate Concurrent Resolution 1 | | |
| 503 | Video Montage—including Congressional Record and video footage from House and Senate | | |
| 503A | Source References for Video Montage | | |
| 504 | Screenshots from House Chamber Video | | |

| 600 SERIES—OTHER | | | |
|---|---|---|---|
| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted / Witness* |
| 600 | Aerial Photo of U.S. Capitol Building | | |
| 601 | Aerial Photo of U.S. Capitol Building with Perimeter Diagram | | |
| 602 | Photo of U.S. Capitol with signs on metal barriers | | |
| 603 | Photo of Area Closed sign on metal barrier | | |

| 604 | Photo of Area Closed sign | | |
|---|---|---|---|
| 605 | Diagram of Capitol | | |
| 606 | 3D Model of Capitol (digital) | | |
| 607 | RESERVED | | |
| 608 | A.G.'s Medical Records | | |
| 609 | P.N.'s Medical Records | | |
| 610 | Voicemail to Congressman Jared Golden, U.S. Representative, Maine 2nd District | | |
| 611 | RESERVED | | |
| 612 | Facebook Message | | |
| 613 | Jail Call #1 | | |
| 614 | Jail Call #2 | | |
| 615 | Jail Call #3 | | |
| 616 | Rochester Voice Article https://www.therochestervoice.com/west-lebanon-man-recounts-the-hope-then-terror-he-encountered-on-jan-6-cms-15693 | | |

| 700 SERIES—STIPULATIONS | | | |
|---|---|---|---|
| **_Ex. No._** | **_Description of Exhibit_** | **_Offered_** | **_Admitted / Witness_** |
| 700 | Stipulations | | |