# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-158 (RC) |
| | : | |
| KYLE FITZSIMONS, | : | Re Document No.:   57 |
| | : | |
| Defendant. | : | |

# ORDER

**DENYING DEFENDANT'S MOTION TO DISMISS COUNT III OF THE SUPERSEDING INDICTMENT**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's Motion to Dismiss Count III of the Superseding Indictment (ECF No. 57) is **DENIED**.

**SO ORDERED**.

Dated: 05/26/2022

RUDOLPH CONTRERAS
United States District Judge