IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NUMBER 21-cr-158 (RC)

KYLE FITZSIMONS

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
Rudolph Contreras
United States District Judge

Date: 7/6/2022