UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                      No. 1:21-cr-158 (RC)

KYLE FITZSIMONS

### STATUS REPORT REGARDING WITNESS TESTIMONY

The United States of America and the defendant, Kyle Fitzsimons, with the concurrence

of his attorney, hereby provide the following update:

All witnesses for the upcoming trial will be testifying in person.  The defense has

objected to calling witnesses via video.


 MATTHEW M. GRAVES
 UNITED STATES ATTORNEY
 D.C. Bar No. 481 052

*/s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
douglas.brasher@usdoj.gov
Telephone:  214-659-8604


*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney
Florida State Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
michael.gordon3@usdoj.gov
Telephone:  813-274-6370

NATASHA TAYLOR-SMITH
Assistant Federal Defender
601 Walnut Street
Suite 540 West
Philadelphia, Pennsylvania 19106
natasha_taylor-smith@fd.org
Telephone:  215-928-1100

*Counsel for Defendant*