THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE FITZSIMONS,<br><br>Defendant. | Case No. 21-cr-158-RC |

**[PROPOSED] ORDER ON NON-PARTY CABLE NEWS NETWORK'S MOTION TO QUASH**

Upon consideration of non-party Cable News Network, Inc.'s ("CNN") Motion to Quash, any responses thereto, and for good cause shown, it is hereby

**ORDERED** that non-party CNN's Motion to Quash is **GRANTED**.

Date: _____     _____
                                                                                    Hon. Rudolph Contreras
                                                                                    United States District Judge