UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE FITZSIMONS | No. 1:21-cr-158 (RC) |

### GOVERNMENT'S RESPONSE TO MOTION TO QUASH

The United States of America takes no position regarding the Motion to Quash Subpoena filed by non-party Cable News Network, Inc. (ECF 83).

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481 052

    */s/ Douglas B. Brasher*
    DOUGLAS B. BRASHER
    Assistant United States Attorney
    Texas State Bar No. 24077601
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    douglas.brasher@usdoj.gov
    Telephone: 214-659-8604

    */s/ Michael Gordon*
    Assistant United States Attorney
    400 N. Tampa St., Suite 3200
    Tampa, Florida 33602
    michael.gordon3@usdoj.gov
    Telephone: 813-274-6370