# EXHIBIT A

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 21-158-RC |
| Kyle Fitzsimons | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: CNN c/o CNT Corporation
1015 15th Street NW Suite 1000
Washington, DC 20005
202-572-3133

**SUBPOENA FOR:**
Appearance     Records

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: US District Court - District of Columbia 333 Constitution Avenue, NW., Washington, DC 20001 | Courtroom No.: 29-A - Judge Rudolph Contreras |
|---|---|
| | Date and Time: August 16, 2022 at 10 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Any and all raw footage from an interview with Capitol Police Officer Aquilino Gonell, which aired on CNN on June 4, 2021.

Documents accepted in lieu of personal appearance

(SEAL)

Date: 7/20/2022

CLERK OF COURT

*Kate Barkman*

Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Kyle Fitzsimons, who requests this subpoena, are:

Natasha Taylor-Smith, Assistant Federal Public Defender
601 Walnut Street, Suite 540 West, Philadelphia, PA 19106
215-928-1100 - Natasha_Taylor-Smith@fd.org
Investigator: Gisela Garcia - Gisela_Garcia@fd.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   21-158 RC

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   CNN c/o CNT

was received by me on *(date)*   7/20/2022   .

☒ I served the subpoena by delivering a copy to the named person as follows:   Anthony Servette - intake specialist c/o CNT - Wolters Kluwer - 1015 15th Street NW, Suite 1000, Washington DC 20005

on *(date)*   7/25/2022   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   7/25/2022

*Server's signature*

Gisela Garcia - Investigator - Federal Public Defender

*Printed name and title*

601 Walnut Street, Suite 540 West, Philadelphia, PA 19106

*Server's address*

Additional information regarding attempted service, etc: