**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NUMBER 21-158** |
| | **:** | |
| | **:** | |
| **KYLE FITZSIMONS** | **:** | |

**DEFENDANT'S MOTION TO WITHDRAW
MOTION TO ENFORCE SUBPOENA AS MOOT**

Defendant Kyle Fitzsimons, by and through his attorney, Natasha Taylor-Smith,

Assistant Federal Defender, Federal Community Defender Office for the Eastern District of

Pennsylvania, respectfully requests that this Court withdraw the August 11, 2022 Motion to

Enforce Defense Subpoena (ECF No. 88). On July 26, 2022, Mr. Fitzsimons filed a subpoena

with the D.C. Capitol Police seeking any complaints against Capitol Police Officer Aquilino

Gonell. The D.C. Capitol Police did not immediately comply with the subpoena, and on August

11, 2022, Mr. Fitzsimons filed with the Court a Motion to Enforce Defense Subpoena. On

August 11, 2022, shortly after Mr. Fitzsimons filed the motion, the D.C. Capitol Police complied

with the subpoena and turned over the requested documents. Seeing as the motion to enforce is

now moot, Mr. Fitzsimons respectfully requests that this Court Withdraw the Motion to Enforce

Defense Subpoena.

**WHEREFORE**, for all the reasons set forth above, Defendant Fitzsimons respectfully

submits that the Court withdraw the Motion to Enforce Defense Subpoena.

Respectfully submitted,

*/s/ Natasha Taylor-Smith*
NATASHA TAYLOR-SMITH
Assistant Federal Defender

## <u>CERTIFICATE OF SERVICE</u>

I, Natasha Taylor-Smith, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the foregoing Defendant's Motion to Withdraw Motion to Enforce Defense Subpoena to be served by Electronic Case Filing ("ECF") upon Douglas Burton Brasher, Assistant United States Attorney, United States Attorney's Office, 1100 Commerce Street, Third Floor, Dallas, TX 75242, and Michael Matthew Gordon, Assistant United States Attorney, United States Attorney's Office, 400 North Tampa Street, Suite 3200, Tampa, FL 33602.

*/s/ Natasha Taylor-Smith*
NATASHA TAYLOR-SMITH
Assistant Federal Defender

DATE:        August 12, 2022