UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-158 (RC) |
| KYLE FITZSIMONS | |

**<u>GOVERNMENT'S AMENDED EXHIBIT LIST</u>**

| | 100 SERIES—PHYSICAL EVIDENCE & SEARCH WARRANT MATERIALS | | | |
|---|---|---|---|---|
| *Ex. No.* | *Description of Exhibit* | *Witness* | *Date Offered* | *Date Admitted* |
| 100 | White Butcher's Coat with "Kyle" lettering | | | |
| 100A | Photo of White Butcher's Coat with "Kyle" lettering | | | |
| 101 | Rubber Boots | | | |
| 101A | Photo of Rubber Boots | | | |
| 102 | Black Jacket | | | |
| 102A | Photo of Black Jacket | | | |
| 103 | Black Apron | | | |
| 103A | Photo of Black Apron | | | |
| 104 | Wooden bow | | | |

**Government's Amended Exhibit List—Page 2**

| Ex. No. | Description of Exhibit | | | |
|---|---|---|---|---|
| 104A | Wooden bow | | | |
| 105 | Box of Pelts | | | |
| 105A | Photo of Box of Pelts | | | |
| 106 | Samsung Galaxy A21 | | | |
| 106A | Photo of Samsung Galaxy A21 | | | |
| 107 | Pictures from Search of 35 Gully Oven Road—Residence | | | |
| 108 | Pictures from Search of 35 Gully Oven Road—Truck | | | |

### 200 SERIES—PHOTO & VIDEO EVIDENCE

| **Ex. No.** | **Description of Exhibit** | **Witness** | **Date Offered** | **Date Admitted** |
|---|---|---|---|---|
| 200 | USCP compilation video (22 min.) | | | |
| 201 | Timelapse of CCTV 0944 | | | |

**Government's Amended Exhibit List—Page 3**

| | | | | |
|---|---|---|---|---|
| 202 | Video from CCTV 0944 | | | |
| 202A | Stills from CCTV 0944 | | | |
| 202B | Video from CCTV 0944, highlighted | | | |
| 203 | RESERVED | | | |
| 204 | Video from CCTV 0074 | | | |
| 204A | Stills from CCTV 0074 | | | |
| 205 | BWC from MPD Officer M.A. X6039BF8H 2021-01-06 16:09 to 16:12 | | | |
| 205A | Stills from M.A.'s BWC X6039BF8H | | | |
| 205B | Slow motion clip from 205 | | | |
| 205C | Stabilized Version of 205 | | | |
| 206 | BWC from MPD Officer S.B. X6039BCAU 2021-01-06 16:06 to 16:09 | | | |

| | | | | |
|---|---|---|---|---|
| 206A | Stills from S.B.'s BWC X6039BCAU | | | |
| 207 | BWC from MPD Officer M.D. X6039BK5E 2021-01-06 16:09 to 16:09 | | | |
| 207A | Stills from M.D.'s BWC | | | |
| 208 | BWC from MPD Officer J.M. X6039BFSE 2021-01-06 16:10 to 16:13 | | | |
| 208A | Stills form J.M's BWC X6039BFSE | | | |
| 209 | BWC from MPD Officer C.W. X6039BEWQ 2021-01-06 16:09 to 16:12 | | | |
| 209A | Stills from C.W.'s BWC X6039BEWQ | | | |
| 210 | BWC from MPD Officer C.B. X6039BKNU 2021-01-06 16:10 to 16:13 | | | |
| 210A | Stills from C.B.'s BWC X6039BKNU | | | |

**Government's Amended Exhibit List—Page 5**

| | | | | |
|---|---|---|---|---|
| 211 | BWC from MPD Officer H.F.<br>X6039BJJA<br>2021-01-06 16:10 to 16:13 | | | |
| 211A | Stills from H.F.'s BWC X6039BJJA | | | |
| 211B | Slow motion clip from 211 | | | |
| 212 | BWC from MPD Officer A.G.<br>X6039BB1A<br>2021-01-06 16:10 to 16:12 | | | |
| 212A | Stills from A.G.'s BWC X6039BB1A | | | |
| 213 | RESERVED | | | |
| 214 | BWC from MPD Officer D.P.<br>X6039BKEB<br>2021-01-06 16:11 to 16:12 | | | |
| 214A | Stills from D.P.'s BWC X6039BKEB | | | |
| 215 | BWC from MPD Officer B.P.<br>X6039BFMU<br>2021-01-06 16:11 to 16:12 | | | |

| | | | | |
|---|---|---|---|---|
| 215A | Stills from B.P.'s BWC X6039BFMU | | | |
| 216 | https://www.facebook.com/lana.ohmes/videos/1565480046968986 | | | |
| 217 | https://www.youtube.com/watch?v=BLgo9kQfgCo<br>Clip time 8:25 to 11:05 | | | |
| 218 | https://jan6archive.com/youtube/JGKrRLOAP98.mp4 | | | |
| 219 | https://archive.org/download/oi5e3su5XEwyaC3tA/oi5e3su5XEwyaC3tA.mpeg4 | | | |
| 220 | YouTube video<br>https://www.youtube.com/watch?v=oyVoqMsC0AM<br>Clip time 8:50 to 24:24 | | | |
| 220A | Stills from YouTube video<br>https://www.youtube.com/watch?v=oyVoqMsC0AM | | | |
| 221 | https://www.facebook.com/SemperAnticusPhoto/videos/753693702219781 | | | |

**Government's Amended Exhibit List—Page 7**

| | | | | |
|---|---|---|---|---|
| 222 | Clip from Political Trance Tribune | | | |
| 223 | hRVW9zpRAAxO_cvt.mp4 | | | |
| 223A | Cropped and zoomed clip from 223 | | | |
| 223B | Zoomed clip from 223 | | | |
| 224 | LQKqUqbhU50v_cvt.mp4 | | | |
| 225 | U0x7kbofMuDi_cvt.mp4 | | | |
| 226 | YouTube video https://www.youtube.com/watch?v=cRCEMN-lq_o Clip time 13:34 to 13:47 | | | |
| 226A | Still from YouTube video https://www.youtube.com/watch?v=cRCEMN-lq_o | | | |
| 230 | Collection of Open Source Photos | | | |
| 250 | Town of Lebanon BOS Meeting, 01/07/2021 https://www.youtube.com/watch?v=Udfi4aNdZlg | | | |

| Ex. No. | Description of Exhibit | Witness | Date Offered | Date Admitted |
|---|---|---|---|---|
| **300 SERIES—EVIDENCE RECOVERED FROM CELLPHONE** | | | | |
| 300 | Cellebrite Summary | | | |
| 301 | Photo of Save America March | | | |
| 302 | Photo of Save America March | | | |
| 303 | Photo of Barriers | | | |
| 304 | Photo of Crowd and Washington Monument | | | |
| 305 | Photo Near Scaffolding | | | |
| 306 | Selfie Near Scaffolding | | | |
| 307 | Photo of Crowd from Above | | | |
| 308 | Photo of Head Staples | | | |

**Government's Amended Exhibit List—Page 9**

| Ex. No. | Description of Exhibit | Witness | Date Offered | Date Admitted |
|---|---|---|---|---|
| 309 | Photo of Bloody Butcher's Coat with "Kyle" Lettering and Fur Pelt | | | |
| 310 | Screenshot of Airbnb Reservation | | | |
| 311 | Screenshot of Airbnb Receipt | | | |
| 312 | Text message from Justine Fitzsimons | | | |
| **400 SERIES—U.S. SECRET SERVICE & INTERSTATE COMMERCE** | | | | |
| *Ex. No.* | *Description of Exhibit* | *Witness* | *Date Offered* | *Date Admitted* |
| 400 | Secret Service Head of State Notification Worksheet | | | |
| 401 | Video of Vice President Pence Evacuation | | | |
| 402 | Mayor Bowser Curfew Order (Mayor's Order 2021-002) | | | |
| 403 | Safeway Early Closure Notice for Washington, DC stores 1/6/2021 | | | |

**Government's Amended Exhibit List—Page 10**

| Ex. No. | Description of Exhibit | Witness | Date Offered | Date Admitted |
|---|---|---|---|---|
| 404 | Safeway Mid-Atlantic Daily Sales Report (Redacted) 1/5/2021 – 1/7/2021 | | | |
| 405 | Safeway Warehouse Shipments Lancaster PA to Washington, DC stores 1/3/2021 – 1/9/2021 | | | |

**500 SERIES—LEGAL AND CONGRESSIONAL RECORDS**

| Ex. No. | Description of Exhibit | Witness | Date Offered | Date Admitted |
|---|---|---|---|---|
| 500 | U.S. Constitution—12th Amendment (Highlighted) | | | |
| 501 | Title 3, United States Code, Sections 15 to 18 | | | |
| 502 | Senate Concurrent Resolution 1 | | | |
| 503 | Video Montage—including Congressional Record and video footage from House and Senate | | | |
| 503A | Source References for Video Montage | | | |

| | 600 SERIES—OTHER | | | |
|---|---|---|---|---|
| *Ex. No.* | *Description of Exhibit* | *Witness* | *Date Offered* | *Date Admitted* |
| 600 | Aerial Photo of U.S. Capitol Building | | | |
| 601 | Aerial Photo of U.S. Capitol Building with Perimeter Diagram | | | |
| 602 | Photo of U.S. Capitol with signs on metal barriers | | | |
| 603 | Photo of Area Closed sign on metal barrier | | | |
| 604 | Photo of Area Closed sign | | | |
| 605 | Diagram of US Capitol | | | |
| 606 | 3D Model of Capitol (digital) | | | |
| 607 | 3D Model of Capitol (digital) | | | |
| 608 | RESERVED | | | |

**Government's Amended Exhibit List—Page 12**

| | | | | |
|---|---|---|---|---|
| 609 | Photo of Jared Golden | | | |
| 610 | Voicemail to Congressman Jared Golden, U.S. Representative, Maine 2nd District | | | |
| 611 | Voicemail to Congressman Jared Golden, U.S. Representative, Maine 2nd District | | | |
| 612 | Facebook Message | | | |
| 613 | RESERVED | | | |
| 614 | RESERVED | | | |
| 615 | RESERVED | | | |
| 616 | Rochester Voice Article https://www.therochestervoice.com/west-lebanon-man-recounts-the-hope-then-terror-he-encountered-on-jan-6-cms-15693 | | | |
| 617 | USCP Riot Shield | | | |
| 617A | Picture of USCP Riot Shield | | | |

**Government's Amended Exhibit List—Page 13**

| Ex. No. | Description of Exhibit | Witness | Date Offered | Date Admitted |
|---|---|---|---|---|
| 618 | MPD Gas Mask | | | |
| 618A | Picture of MPD Gas Mask | | | |
| 619 | MPD Riot Helmet with Face Shield | | | |
| 619A | Picture of MPD Riot Helmet with Face Shield | | | |
| **700 SERIES—STIPULATIONS** | | | | |
| *Ex. No.* | *Description of Exhibit* | *Witness* | *Date Offered* | *Date Admitted* |
| 700 | Stipulations | | | |

**Government's Amended Exhibit List—Page 14**