**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-158 (RC) |
| | : | |
| KYLE FITZSIMONS, | : | Re Document No.:   96, 97 |
| | : | |
| Defendant. | : | |

## ORDER

**DENYING DEFENDANT'S MOTIONS FOR JUDGMENT OF ACQUITTAL**

For the reasons stated on the record at the September 27, 2022 hearing, it is hereby

**ORDERED** that Defendant's Motion for Judgment of Acquittal on Count 1 (ECF No. 96) and Defendant's Motion for Judgment of Acquittal on Count 2 (ECF No. 97) are **DENIED**.

**SO ORDERED**.

Dated: September 27, 2022

RUDOLPH CONTRERAS
United States District Judge