AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 21-CR-158-RC-1 |
| KYLE FITZSIMONS | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kyle Fitzsimmons                                        .

Date:   03/09/2023                              /s/ Jonathan McDonald, Assistant Federal Defender
                                                                    *Attorney's signature*

                                                            Jonathan McDonald, Bar #308418
                                                                *Printed name and bar number*
                                                            Federal Community Defender Office
                                                            for the Eastern District of Pennsylvania
                                                            Suite 540 West-The Curtis
                                                            601 Walnut Street, Philadelphia, PA 19106
                                                                        *Address*

                                                            Jonathan_McDonald@fd.org
                                                                    *E-mail address*

                                                            (215) 928-1100
                                                                *Telephone number*

                                                            (215) 928-1112
                                                                *FAX number*