UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 21-158-RC-1 |
| | : | |
| KYLE FITZSIMONS, Defendant | : | |

## NOTICE OF APPEAL

**Name and address of appellant:**      Kyle Fitzsimons, Inmate #376979
DC Department of Corrections
1901 E St., SE
Washington, DC 20003

**Name and address of appellant's attorney:**      Jonathan McDonald
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 540 West
Philadelphia, PA 19106

**Offenses:** 18 U.S.C. § 231(a)(3); Civil Disorder (Count 1), 18 U.S.C. § 1512(c)(2) and (2); Tampering With a Witness, Victim or Informant; Obstruction of an Official Proceeding and Aiding and Abetting (Count 2), 18:111(a)(1) and (b); Assaulting/Resisting/Impeding Officers/Employees; Using a Dangerous or Deadly Weapon on Certain Officers (Count 3), 18 U.S.C.§ 111(a)(1) and (b); Assaulting/Resisting/ Impeding Officers/Employees; Inflicting Bodily Injury on Certain Officers (Count 4 &5), 18 U.S.C.§ 111(a)(1) and (b); Assaulting/Resisting/Impeding Officers/Employees; Assaulting, Resisting, or Impeding Certain Officers (Count 6), 18 U.S.C. § 1752(a)(1); Temporary Residence of the President; Entering and Remaining in a Restricted Building or Grounds (Count 7), 18 U.S.C. § 1752(a)(2); Temporary Residence of the President; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (Count 8), 18 U.S.C. § 1752(a)(4) and (b)(1)(A); Temporary Residence of the President; Engaging in Physical Violence in a Restricted Building or Grounds (Count 9), 40 U.S.C.§ 5104(e)(2)(D); Violent Entry and Disorderly Conduct on Capital Grounds; Disorderly Conduct in the Capitol Grounds or Building (Count 10) and 40 U.S.C.§ 5104(e)(2)(F); Violent Entry and Disorderly Conduct on Capitol Grounds; Act of Physical Violence in the Capitol Grounds or Buildings (Count 11).

**Concise statement of judgment or order, giving date, and any sentence:**
SENTENCE (07/13/23): The Defendant is sentenced to a total of 87 months imprisonment on Counts 1-11, followed by 3 years of supervised release, restitution and special assessment were also imposed.

**Name and institution where now confined, if not on bail:** DC Department of Corrections

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

| | |
|---|---|
| July 25, 2023 | Kyle Fitzsimons |
| DATE | APPELLANT |
| | |
| CJA, NO   FPD-EDPA | Jonathan McDonald |
| PAID USDC FEE   NO | Assistant Federal Defender |
| PAID USCA FEE   NO | ATTORNEY FOR APPELLANT |

Does counsel wish to appear on appeal? No
Has counsel ordered transcripts? Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes