UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**         :

V.                             :         No. 1:21-CR-00158-RC-1

**KYLE FITZSIMONS**                    :

## MOTION FOR ACCESS TO SEALED RECORDS

Kyle Fitzsimons, by and through his attorney, respectfully requests that the Court enter an order granting Attorney Jessica Arden Ettinger access to all sealed documents of the record in this matter. The following facts support this request:

1. Mr. Fitzsimons was charged by superseding indictment in the District of Columbia with offenses stemming from the events at the U.S. Capitol on January 6, 2021. He was found guilty after a bench trial and sentenced on July 13, 2023. He timely appealed to the U.S. Court of Appeals for the D.C. Circuit on July 25, 2023.

2. Trial counsel from the Federal Community Defender Office for the Eastern District of Pennsylvania, Attorneys Natasha Taylor-Smith and Jonathan Alan McDonald, represented Mr. Fitzsimons before this Court. Appellate counsel from the same office, Attorney Jessica Arden Ettinger, represents Mr. Fitzsimons before the D.C. Circuit.

3. To provide effective assistance of appellate counsel to Mr. Fitzsimons, Ms. Ettinger requires access to the trial court record, in full, so that she may complete

her review of this case. At present, she does not have access to all records. In particular, Ms. Ettinger has been informed by the Courtroom Deputy that an order from this Court is needed before she may receive any sealed documents that she has requested.

Accordingly, the defense respectfully requests that the Court enter the attached proposed order, granting Ms. Ettinger access to all sealed materials in this matter.

Respectfully submitted,

*/s/ Jessica Arden Ettinger*
JESSICA ARDEN ETTINGER
Assistant Federal Defender
Federal Community Defender Office for the EDPA
Suite 540 West – The Curtis
601 Walnut Street
Philadelphia, PA 19106
Tel. (215) 928-1100
Email: jessica_ettinger@fd.org

*Counsel for Kyle Fitzsimons*

## **CERTIFICATE OF SERVICE**

On this 30th day of November, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will provide electronic service on all counsel of record.

> */s/ Jessica Arden Ettinger*
> JESSICA ARDEN ETTINGER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| V. : | No. 1:21-CR-00158-RC-1 |
| **KYLE FITZSIMONS** : | |

### [PROPOSED] ORDER

Upon consideration of Defendant Kyle Fitzsimons's *Motion for Access to Sealed Records* and the entire record herein, it is this _____ day of _____, 2023, hereby:

**ORDERED** that the motion shall be and hereby is **GRANTED**; and

**FURTHER ORDERED** that defense counsel Jessica Arden Ettinger be given access to any sealed documents of the record in this matter (Case No. 1:21-CR-00158).

_____
THE HONORABLE RUDOLPH CONTRERAS
United States District Judge

Consistent with Local Criminal Rule 47(h), the following is a list of all attorneys and individuals who are entitled to be notified of the entry of this Order:

Brandon K. Regan
DOJ-USAO
555 4th St NW
Washington, DC  20530
202-252-7759
brandon.regan@usdoj.gov

Douglas Burton Brasher
DOJ-USAO
Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, TX 75242
214-659-8604
douglas.brasher@usdoj.gov

Puja Bhatia
DOJ-USAO
555 4th Street NW, Suite 9439
Washington, DC 20530
202-809-3575
puja.bhatia@usdoj.gov

Michael Matthew Gordon
DOJ-USAO
400 North Tampa Street, Suite 3200
Tampa, FL 33602
(813) 274-6370
michael.gordon3@usdoj.gov

Robert Craig Juman
U.S. ATTORNEY'S OFFICE
500 E. Broward Blvd.
Ft. Lauderdale, FL 33132
(786) 514-9990
robert.juman@usdoj.gov

*Counsel for the United States*

Jonathan Alan McDonald
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EASTERN DISTRICT
OF PENNSYLVANIA
601 Walnut Street, Suite 540 West
Philadelphia, PA 19106
215-928-1100
jonathan_mcdonald@fd.org

*Counsel for Kyle Fitzsimons*


Chad Russell Bowman
Charles D. Tobin
Matthew E. Kelley
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
202-508-1120
202-661-2218
bowmanchad@ballardspahr.com
tobinc@ballardspahr.com
kelleym@ballardspahr.com

*Counsel for Cable News Network, Inc.*